1  Marc J. Randazza, Esq., SBN 269535
   Randazza Legal Group
2  302 Washington Street, Suite 321
   San Diego, CA 92103
3  (619) 866-5975
   (619) 866-5976 fax
4  mjr@randazza.com

5  Attorney for Plaintiff,
   Liberty Media Holdings, LLC

6

7

8

FILED

10 SEP 21 PM 3: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

10

11  LIBERTY MEDIA HOLDINGS, LLC        )   Case No. **10 CV 1972 JAH        POR**
                                       )
12          Plaintiff,                 )   **COMPLAINT**
                                       )
13  vs.                                )   **(1) DIRECT COPYRIGHT**
                                       )       **INFRINGEMENT;**
14  YOUNGTEK SOLUTIONS LTD. D/B/A/     )   **(2) CONTRIBUTORY COPYRIGHT**
    TNAFLIX.COM, "FRANK," DOE 1, DOE 2 )       **INFRINGEMENT;**
15  and DOES 3-500                     )   **(3) VICARIOUS COPYRIGHT**
                                       )       **INFRINGEMENT**
16          Defendants                 )   **(4) INDUCEMENT OF COPYRIGHT**
                                       )       **INFRINGEMENT**
17                                     )
                                       )   **INJUNCTIVE RELIEF AND JURY TRIAL**
18  _____  )   **REQUESTED**

19

20  **TO THE HONORABLE JUDGE OF SAID COURT:**

21          **LIBERTY MEDIA HOLDINGS, L.L.C.** hereby files this Complaint against multiple

22  Defendants for violations of its intellectual property rights, namely Liberty's copyrights, which are

23  being infringed upon by multiple persons.

24          The Plaintiff respectfully requests the relief requested herein.  For just cause, the Plaintiff

25  would show the Court as follows:

26                                  **INTRODUCTION**

27          1.      This is an action by Liberty Media Holdings, LLC (hereinafter Liberty or Plaintiff),

28  a California limited liability company, to recover damages arising from infringement of Plaintiff's

1 copyrights in its creative works by the Defendants, either directly or indirectly, through the use of

2 the Tnaflix.com website.  See www.tnaflix.com/search.php?what=Corbin+Fisher.

3    2.    Youngtek Solutions, Ltd. b/b/a Tnaflix.com (hereinafter Tnaflix.com)  is owned and

4 operated by an individual or group of individuals, including Defendant "Frank," who have taken

5 steps to keep their identities hidden (for obvious reasons).

6    3.    Defendants reproduced and distributed certain Plaintiff-owned works through

7 www.tnaflix.com.

8    4.    Does 1-500 are registered members of Defendant Tnaflix.com or merely

9 downloaded copyrighted works off of the Tnaflix.com website.   They remain presently

10 unidentified.

11    5.    The Defendants' actions were willful in nature, entitling the Plaintiff to enhanced

12 damages.  The Plaintiff seeks statutory damages, actual damages, an award of its attorneys' fees

13 and costs of suit, as well as injunctive relief.

14                                    **THE PARTIES**

15                     **The Plaintiff, Liberty Media Holdings, LLC**

16    6.    Liberty Media Holdings, LLC is a California corporation doing business as

17 CORBIN FISHER®, with a mailing address of 302 Washington Street, Suite 321 San Diego, CA

18 92103.

19    7.    Plaintiff Liberty produces, markets, and distributes adult-oriented audiovisual works

20 under the registered marks CORBIN FISHER®, and CORBIN FISHER'S AMATEUR COLLEGE

21 SEX®, including photographs, books, DVDs, and through the operation of a website.  At this

22 website, individuals purchase monthly subscriptions to view Plaintiff's photographic works and

23 audiovisual content.

24    8.    Liberty's website has "free tour" areas where G-Rated photographs may be viewed,

25 but its more explicit erotic works are only available to individuals who pay a monthly subscription

26 fee or who purchase a DVD from Liberty.

27    9.    Liberty prohibits persons who are under the age of 18 from accessing the more

28 explicit areas of its website, and does not sell its DVDs to minors.

**Youngtek Solutions Ltd. d/b/a Tnaflix.com**

10.  Tnaflix.com is a company claiming to do business at 1 Avlonos Street, Nicosia, NA 1075, Cyprus.  See Exhibit 1.

11.  Defendant Tnaflix.com does business as and operates the Tnaflix.com website at www.tnaflix.com.

12.  Defendant Tnaflix.com competes with Plaintiff in the distribution and sale of adult-oriented, audiovisual works through Internet distribution.

13.  Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or representative of each and every, all and singular, the other Defendants, and acted to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's copyrighted intellectual property for profit and monetary gain.

**"Frank"**

14.  On information and belief, Frank is the owner and operator of the website Tnaflix.com.  He has taken steps to keep his true identity and location hidden in an attempt to evade liability for his actions. If necessary, Plaintiff will seek leave of this Court to amend this Complaint to state this Defendant's true name and capacity is discovered.

15.  Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or representative of each and every, all and singular, the other Defendants, and acted to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's copyrighted intellectual property for profit and monetary gain.

**Doe 1**

16.  Doe 1 is a member of the TNAFlix.com website, registered under the screen name "greatBoobies1985."

17.  Doe 1 is responsible for uploading a large number of Plaintiff's works to the TNAFlix.com website.

18.  Plaintiff intends to amend this Complaint when the true name of Doe 1 becomes known.

19.    Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or representative of each and every, all and singular, the other Defendants, and acted to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's copyrighted intellectual property for profit and monetary gain.

## Doe 2

20.    Doe 2 is a member of the TNAFlix.com website, registered under the screen name "tyvm."

21.    Doe 2 is responsible for uploading a large number of Plaintiff's works to the TNAFlix.com website.

22.    Plaintiff intends to amend this Complaint when the true name of Doe 2 becomes known.

23.    Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or representative of each and every, all and singular, the other Defendants, and acted to further the ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe on the Plaintiff's copyrighted intellectual property for profit and monetary gain.

## Does 3-500

24.    The true names and capacities, whether individual, corporate, associate, or otherwise of the Defendants sued herein as Does 3-500 are unknown to Plaintiff, which sues said Defendants by such fictitious names.   If necessary, Plaintiff will seek leave of this Court to amend this Complaint to state these Defendants' true names and capacities.

25.    Plaintiff is informed and believes, and on that basis alleges, that these Doe Defendants should also be subject to the relief requested herein.

26.    Defendants Does 3-500 posted Plaintiff's copyrighted works on Defendant Tnaflix.com's website.  Plaintiff intends to amend this Complaint when the true name of any Doe defendant becomes known.

27.    Plaintiff avers that each Defendant, individually, corporately, jointly and/or severally, acted intentionally, knowingly, negligently or through willful blindness, as an agent, or

1 representative of each and every, all and singular, the other Defendants, and acted to further the
2 ends of the illegal and improper purposes alleged herein in a common course or scheme to infringe
3 on the Plaintiff's copyrighted intellectual property for profit and monetary gain.

**JURISDICTION AND VENUE**

4 

5       28.     This Court has subject matter jurisdiction pursuant to the Copyright Act.  17 U.S.C.
6 §§ 101 et seq.

7       29.     This Court has personal jurisdiction over the Defendants, who have engaged in
8 business activities in and directed to this district, and have committed tortious acts within this
9 district or directed at this district.

10      30.     Additionally, as a foreign defendant, Tnaflix.com is subject to jurisdiction in any
11 district.  See 28 U.S.C. 1391 ("An alien may be sued in any district.").  See also Fed. R. Civ. P.
12 4(k)(2).

13      31.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b), (c) and (d); and 28
14 U.S.C. §1400(a).

**STATEMENT OF FACTS**

15 

16      32.     Tnaflix.com is a website that provides adult-themed audiovisual content to its
17 members.  The sole type of works available on the website appear to be copyrighted videos.  These
18 videos are stolen from a number of adult entertainment companies, including Plaintiff.  While the
19 site is free for members to join and view as well as download a large number of videos (including
20 at least 46 of Plaintiff's works), Tnaflix.com also sells premium memberships at $1.00 per day,
21 $29.99 per month, and $89.99 per year. Exhibit 2.  These premium memberships allow members to
22 view DVD quality movies and download these movies in HD and mobile formats.  Exhibit 2.

23      33.     Additionally, the site's business model depends on ad generated income and profits.
24 In addition to the usual sort of web banners and pop up advertisements that appear on Tnaflix.com,
25 each free video is embedded with an ad at the beginning of the copyrighted content as well.
26 Exhibit 3.

27      34.     In addition to altering Plaintiff's videos by embedding an ad before each video
28 plays, Tnaflix.com places ads for its premium memberships over the video as it plays.  Exhibit 4.

5
COMPLAINT

35.     Although Liberty takes steps to keep its materials out of the hands of minors, Tnaflix.com took no such protective steps, thus potentially circumventing Liberty's strong "no minors" policy

36.     Neither Defendant Tnaflix.com nor the individual viewing the pirated material pays anything to the actual copyright owner of the pirated materials.

37.     Defendant Tnaflix.com's library of illicitly obtained materials does not appear magically or accidentally.  Defendant Tnaflix.com depends on an army of members to upload the content, and is specifically encouraging members to upload gay-oriented and bisexual-oriented content, with a prominent banner stating: "TNAFLIX NEEDS GAYS!  Help Tnaflix's Gay Community Grow!  Upload your Hot Gay Male or Gay Bi Content and provide a better show for the boys!"  Exhibit 5.

38.     Additionally, Tnaflix.com actively reviews and approves every uploaded video that appears in its library.  Exhibit 6.

39.     Plaintiff Liberty discovered 104 copies of its copyrighted material illegally shared on Defendant's website.  Declaration of Eric Gapp (Gapp Decl.) at ¶ 2.  A list of the copyrighted works, as well as the URL of the infringing copy, is attached hereto as Exhibit 7.

40.     Plaintiff conducted an investigation, which revealed that Defendant Tnaflix.com did not have a registered DMCA Agent, required by **17 U.S.C. §512(c)(2),** to qualify for the DMCA safe harbor provisions.  See http://www.copyright.gov/onlinesp/list/h_agents.html.

41.     Defendant Tnaflix.com is a massive copyright infringer.  It publishes illicitly obtained copyrighted materials to lure potential members to its website, and engages in this illicit activity for profit.

42.     The principals of Tnaflix.com and the other corporate Defendants, both known and unknown, are equally liable.

43.     In addition to memberships sold through its website, Plaintiff sells its copyrighted audiovisual material in DVD format.  Sales occur through various channels, including wholesale distribution for down-channel retail distribution.  Plaintiff also markets its products through third-party licensees.

44.     The audiovisual works at issue are valuable, and easily discernable as professionally produced works.  Plaintiff Liberty created the works using highly talented performers, directors, cinematographers, lighting technicians, set designers, and editors.  Plaintiff Liberty created the works using the highest quality cameras, lighting, and editing equipment.

45.     Neither the individuals supplying copyrighted works to Defendant nor Tnaflix.com itself, nor any other Defendants, determines the true and correct owners of the copyrighted works. This is true although both the individuals transferring and the Defendant receiving and distributing these works are actually or constructively aware, should be aware, or are willfully blind that the copyrights belong to entities other than the individuals or Defendants.   Both the individuals supplying the works and the Defendant distributing the intellectual property fail and refuse to apply for proper licensing and further fail to determine the identity and age of the actors appearing in the works as required by law.

46.     Tnaflix.com earns revenue by selling premium memberships to its site as well as advertisements.  Tnaflix.com is able to sell memberships based on the number and quality of videos available on its website and is able to sell ad space based on its site's daily hits and number of members, which in turn is influenced by the number of new videos uploaded as well as their quality and desirability.

47.     All of Plaintiff's works appearing on the Tnaflix.com website are highly rated by the site, and therefore are a large draw for its current and future members.  See Exhibit Composite Exhibit 9.  The majority of Plaintiff's works appearing on Defendant's site received 5 out of 5 stars by members, with the remaining works receiving 4 out of 5 stars.  See Exhibit 9.

48.     Defendants' unauthorized reproduction, public display, and distribution of Plaintiff Liberty's works serve as an inducement, attracting many individuals to sign up for memberships to access the Defendant Tnaflix.com web site, and who would also profit the Defendants by clicking through on other paid ads to other sponsors of the Tnaflix.com website.

49.     Defendants reproduce, distribute, and profit from Plaintiff Liberty's works on Defendant Tnaflix.com's website.

50.     Defendants actively engage in, promote, and induce copyright infringement.  Each infringement act occurred on www.Tnaflix.com.

51.     Plaintiff Liberty's employees discovered and documented that Defendants reproduced, publicly displayed, and distributed through the Tnaflix.com website at least 104 unauthorized video files copyrighted by and belonging to Plaintiff. See Declaration of Eric Gapp. Tnaflix.com's customers viewed the illegally and improperly obtained intellectual property, and downloaded the property, thus making more copies thereof.

52.     Defendants' business model depends on the uploading, posting, displaying and performance of copyrighted audiovisual works belonging to Plaintiff Liberty.  Defendants intentionally, knowingly, negligently, or by willful blindness built a library of works that infringed on copyrighted material for drawing Internet traffic to sign up memberships to view the works and in order to sell ad space on its website, creating substantial revenues thereby.

53.     Defendants intentionally, knowingly, negligently, or through willful blindness choose to avoid reasonable precautions to deter rampant copyright infringement on Defendant Tnaflix.com's website.

54.     Defendants make no attempt to indentify the individuals providing the works, where the individuals obtained the works, or whether the individuals had authority to further reproduce and distribute the works.

55.     Defendants acts and omissions allow them to profit by their infringement while imposing on copyright owners a monetary burden to monitor Defendant's website without sufficient means to prevent continued and unabated infringement.

56.     Prior to releasing its works into the market on the Internet or in DVD format, Plaintiff Liberty marks each work with a copyright notice.  Plaintiff Liberty's labels reflect its true business address and a statement that it maintains age authentication records at that address, as required by 18 U.S.C. §2257.

57.     Plaintiff Liberty prominently displays its copyright mark on its website, and prominently displays its trademark on its films.

58.     Defendants' infringements harmed and continue to harm Plaintiff Liberty and others legally deriving the benefits of Plaintiff Liberty's creative works.  Defendants' continued infringements undermine Plaintiff Liberty and other creative enterprises that produce audiovisual works.

59. Plaintiff Liberty seeks immediate redress, as follows:

    a. A declaration that Defendants' conduct in reproducing and distributing Plaintiff's copyrighted works without authorization willfully infringes Plaintiff Liberty's copyrights;

    b. A permanent injunction requiring Defendants employ reasonable methods and/or technologies preventing or limiting infringement of Plaintiff Liberty's copyrights;

    c. Statutory damages for Defendants' past and present willful infringement, or actual damages plus profits.

    d. A seizure of all of the instrumentalities of the Defendants' illegal acts.

## FIRST CAUSE OF ACTION
### Copyright Infringement – 17 U.S.C. §§ 101 *Et. Seq.*

60. Plaintiff repeats and incorporates by reference as if *verbatim*, each and every paragraph previous to this section, inclusive.

61. Plaintiff Liberty holds the copyright on each of the infringed works alleged in this action. See Exhibit G, attached hereto and incorporated herein for all purposes.

62. Plaintiff Liberty registered each copyright with the United States Patent and Copyright Office. See Exhibit 8.

63. The number of infringed copyrights grows daily. Plaintiff reserves the right to file supplemental updates to Exhibits 7, 8, and 9.

64. At all pertinent times, Plaintiff Liberty was the producer and registered owner of the audiovisual works illegally and improperly reproduced and distributed by Defendants through the Tnaflix.com website.

65. Defendants reproduced, reformatted, and distributed Plaintiff Liberty's copyrighted works by and through servers and/or other hardware owned, operated, and/or controlled by Defendant Tnaflix.com.

66. Defendants infringed Plaintiff's copyrights by reproducing and distributing the works through Defendant Tnaflix.com's website without proper approval or authorization of Plaintiff.

1      67.    Defendants knew or should have reasonably known they did not have permission to

2 exploit Plaintiff Liberty's works on the Tnaflix.com website and further knew or should have

3 known their acts constituted copyright infringement.

4      68.    Defendants made no attempt to discover the copyright owners of the pirated works

5 before exploiting them.  Defendants failed and refused to take any reasonable measures to

6 determine the owner or license holder of copyrighted works.

7      69.    Defendants engaged in intentional, knowing, negligent, or willfully blind conduct

8 sufficient to demonstrate they engaged actively in the improper collection and distribution of

9 Plaintiff Liberty's copyrighted works.

10      70.    The quantity of copyrighted files available to Internet users increased the

11 attractiveness of Defendant Tnaflix.com's services to its customers, increased its membership base,

12 and increased its ad sales revenue.

13      71.    Tnaflix.com actively encouraged users to upload pirated copyrighted files.

14      72.    Defendants controlled the files removed from Defendant Tnaflix.com's website and

15 determined which files remained.

16      73.    Tnaflix.com never adopted procedures to ensure that distribution of Liberty's

17 copyrighted materials would not occur.  Further, Tnaflix.com never established, implemented, or

18 enforced a "repeat infringer" policy.

19      74.    Defendant Tnaflix.com was aware, either actually or constructively, should have

20 been aware, or was willfully blind that pirated copyrighted materials comprised the most popular

21 videos on the Defendant Tnaflix.com system.  Defendant Tnaflix.com affirmatively and willfully

22 accommodated Internet traffic generated by the illegal acts.

23      75.    Defendants' conduct was willful within the meaning of 17 U.S.C. §101, *et seq*.  At a

24 minimum, Defendants acted with willful blindness and reckless disregard of Plaintiff Liberty's

25 registered copyrights.

26      76.    Because of their wrongful conduct, Defendants are liable to Plaintiff for copyright

27 infringement.  See 17 U.S.C. §501.  Plaintiff suffers and will continue to suffer substantial losses,

28 including, but not limited to, damage to its business reputation and goodwill.

77.     The law permits Plaintiff to recover damages, including readily ascertainable direct losses and all profits Defendants made by their wrongful conduct. 17 U.S.C. §504. Alternatively, the law permits Plaintiff Liberty to recover statutory damages. 17 U.S.C. §504(c).

78.     Because of Defendants' willful infringement, the law permits enhancement of the allowable statutory damages. 17 U.S.C. §504(c)(2).

79.     The law permits Plaintiff injunctive relief. 17 U.S.C. §502. Further, the law permits a Court Order impounding any and all infringing materials. 17 U.S.C. §503.

80.     Plaintiff Liberty has no adequate remedy at law for Defendants' wrongful conduct, as follows:

   a.  Plaintiff's copyrights are unique and valuable property having no readily determinable market value;

   b.  Defendants' infringement harms Plaintiff's business reputation and goodwill such that Plaintiff could not be made whole by any monetary award; and,

   c.  Defendants' wrongful conduct and damages to Plaintiff are continuing and unremitting.

81.     Plaintiff is entitled to preliminary and permanent injunctive relief prohibiting further infringement of Plaintiff's copyrights; 17 U.S.C. §502.

## SECOND CAUSE OF ACTION
### Contributory Copyright Infringement

82.     Plaintiff re-alleges and incorporates by reference as if *verbatim,* each and every paragraph previous to this section, inclusive.

83.     Unknown individuals, without authorization, reproduced and distributed Plaintiff Liberty's works through Defendant Tnaflix.com's website, directly infringing Plaintiff Liberty's copyrighted works.

84.     Tnaflix.com contributed to the infringing acts of those individuals.

85.     Tnaflix.com was aware, should have been aware, or was willfully blind to the infringing activity.

86. Tnaflix.com aided, abetted, allowed, and encouraged those individuals to reproduce and distribute Plaintiff Liberty's copyrighted works through its website without regard to copyright ownership.

87. Tnaflix.com had the obligation and ability to control and stop the infringements. However, Tnaflix.com failed to do so.

88. Tnaflix.com materially contributed to the infringement.

89. Tnaflix.com received direct financial benefits from the infringements.

90. All Defendants had actual, constructive or should have had actual or constructive knowledge of the infringing acts.

91. The conduct, acts, and omission of all Defendants demonstrate contributory copyright infringement.

### THIRD CAUSE OF ACTION

### Vicarious Copyright Infringement

92. Plaintiff Liberty re-alleges and incorporates by reference as if *verbatim,* each and every paragraph previous to this section, inclusive.

93. Without authorization, individuals reproduced, distributed, and publicly displayed Plaintiff Liberty's works through Defendant Tnaflix.com's website, directly infringing Plaintiff Liberty's copyrighted works.

94. Tnaflix.com was actually or constructively aware or should have been aware or were willfully blind to the infringing activity.

95. Tnaflix.com was able to control or completely end the illegal and improper infringement, but failed and refused to do so.

96. Tnaflix.com contributed materially to the infringement

97. Tnaflix.com received direct financial gain and profit from those infringing activities.

98. The acts, omissions, and conduct of all Defendants constitute vicarious copyright infringement.

## FOURTH CAUSE OF ACTION

### Inducement of Copyright Infringement

99.     Plaintiff Liberty re-alleges and incorporates by reference as if *verbatim,* each and every paragraph previous to this section, inclusive.

100.    Defendants designed and distributed technology and devices and induced individuals to use this technology to promote the use of infringed and copyrighted material.  As a direct and proximate result of Defendants' inducement, individuals infringed Plaintiff Liberty's copyrighted works.  These individuals reproduced, distributed and publicly disseminated Plaintiff's copyrighted works through Defendant Tnaflix.com's website.

101.    Defendants' inducements were willful, knowing, or negligent and, at all pertinent times, Defendant acted in disregard of and with indifference to Plaintiff Liberty's copyrights.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Liberty respectfully requests the Court hereby:

(1)     Enter a judgment declaring that all Defendants, jointly and severally, with a common plan, purpose or scheme, willfully infringed Plaintiff's rights in federally registered copyrights pursuant to 17 U.S.C. §501 through direct, contributory, vicarious, and inducing acts;

(2)     Issue declaratory and injunctive relief against all Defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in acting in concert or participation with them, and further to enjoin and restrain all Defendants and others from copying, posting or making any other infringing use or infringing distribution of Plaintiff's audiovisual works, photographs or other materials;

(3)     Issue injunctive and declaratory relief against Defendants Tnaflix.com, Frank, and Does 3-500 and their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, be enjoined and restrained from engaging in further acts of copyright infringement; and if they are unable to comply, then this Court should issue an order shutting down TNAFlix.com completely.

(4)   Enter an order of impoundment pursuant to 17 U.S.C. §§503 and 509(a) impounding all infringing copies of Plaintiff's audiovisual works, photographs or other materials, which are in Defendants' possession or under their control;

(5)   Enter an order enjoining Defendants Tnaflix.com and Frank from disposition of any domain names registered to them, or other property, until full and final settlement of any and all money damage judgments;

(6)   Enter an order requiring a full and complete accounting of all amounts due and owing to Plaintiff Liberty as a result of their illegal or improper activity, whether criminal or civil in nature, of any and all Defendants, each and singular, jointly or severally;

(7)   Enter an order directing the Defendants pay Plaintiff statutory damages as follows:

    a.   maximum enhanced statutory damages of $150,000 per infringed work pursuant to 17 U.S.C. §504(c)(2), for Defendants' willful infringement of Plaintiff Liberty's copyrights;

    b.   Plaintiff Liberty's damages and Defendants' profits or alternatively statutory damages pursuant to 15 U.S.C. §1117; and,

(8)   Enter an order directing the Defendants pay Plaintiff Liberty both the costs of action and the reasonable attorney's fees incurred by it in prosecuting this action pursuant to 17 U.S.C. §504 and 15 U.S.C. §1117;

(9)   Enter an order directing the Defendants pay pre- and post-judgment interest at the highest legal rate;

(10)   Grant to Plaintiff Liberty whatever and further relief, either in law or in equity, to which this honorable Court deems them fit to receive.

1

## **DEMAND FOR JURY TRIAL**

2         Plaintiff hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal

3    Rules of Civil Procedure.

4

5    Dated: September 21, 2010

6

7                                  Respectfully Submitted,

8

9                                  Marc J. Randazza, Esq., SBN 269535

10                                 Randazza Legal Group
                              302 Washington Street, Suite 321

11                                 San Diego, CA 92103
                              (619) 866-5975

12                                 (619) 866-5976 fax
                              mjr@randazza.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Table of Exhibits

| Exhibit | Page |
|---------|------|
| 1 | LMH-001 |
| 2 | LMH-003 |
| 3 | LMH-004 |
| 4 | LMH-005 |
| 5 | LMH-006 |
| 6 | LMH-007 |
| 7 | LMH-008 |
| 8 | LMH-013 |
| 9 | LMH-081 to LMH-188 |

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

# Exhibit 1

Show Summary View                                    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Type Generator | more > |

| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

# sexbook
**Meet your Sexual Match near**
**San Diego**
**Join for Free!** ►

DragonfliesFlame
Age: 9
Looking for : Sex

ma0504ttuu
Age: 22
Looking for : Sex

Age: 39
Looking for : Sex

*For illustrative purposes only. Not actual member data

# Whois: tnaflix.com

Search Whois Records  _____        **Search**

**Whois Record**    **Site Profile**    **Registration**    **Server Stats**    **My Whois**

## Whois Record

**EURO**WHOIS
**GRAB YOUR .BE DOMAIN**
**FOR ONLY 3EUR / $4.50*
*For Indicative Purposes

Country TLDs      General TLDs

☐ tnaflix.jp      Buy

☐ tnaflix.tw      Buy

**Buy all selected >**

**tnaflix.com is for sale**
The owner of the domain you are researching has it listed for sale.

**Buy tnaflix.com now >**

**Related Domains For Sale or At Auction**                    1  2  3   More >

HeadFlix.com ($1,795)       CopFlix.com ($395)        WwwLtNaFlix.com (Bid)
BovFlix.com ($1,199)        MoneyFlix.com ($500)      FunnyFlix.com ($544)

| | | |
|---|---|---|
| Reverse Whois: | "Youngtek Solutions Ltd." owns about | 8 other domains |
| Registrar History: | 6 registrars with 3 drops. | |
| NS History: | 25 changes on 16 unique name servers over 5 years. | |
| IP History: | 9 changes on 8 unique name servers over 5 years. | |
| Whois History: | 881 records have been archived since 2007-06-19 . | |
| Reverse IP: | 2 other sites hosted on this server. | |

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** Download Now>

```
DOMAIN: TNAFLIX.COM

RSP: domaindiscount24.com
URL: http://www.dd24.net

owner-contact: P-YZS138
owner-organization: Youngtek Solutions Ltd.
owner-fname: Youngtek
owner-lname: Solutions
owner-street: 1 Avlonos street
owner-city: Nicosia
owner-state: NA
owner-zip: 1075
owner-country: CY
owner-phone: +357 22 761362
```

LMH-001
Exhibit 1

```
owner-email: admin@tnaflix.com

admin-contact: P-YZS138
admin-organization: Youngtek Solutions Ltd.
admin-fname: Youngtek
admin-lname: Solutions
admin-street: 1 Avlonos street
admin-city: Nicosia
admin-state: NA
admin-zip: 1075
admin-country: CY
admin-phone: +357 22 761362
admin-email: admin@tnaflix.com

tech-contact: P-YZS138
tech-organization: Youngtek Solutions Ltd.
tech-fname: Youngtek
tech-lname: Solutions
tech-street: 1 Avlonos street
tech-city: Nicosia
tech-state: NA
tech-zip: 1075
tech-country: CY
tech-phone: +357 22 761362
tech-email: admin@tnaflix.com

billing-contact: P-YZS138
billing-organization: Youngtek Solutions Ltd.
billing-fname: Youngtek
billing-lname: Solutions
billing-street: 1 Avlonos street
billing-city: Nicosia
billing-state: NA
billing-zip: 1075
billing-country: CY
billing-phone: +357 22 761362
billing-email: admin@tnaflix.com

nameserver: ns1.startstream.com
nameserver: ns2.startstream.com
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.



LMH-002
Exhibit 1

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 2



LMH-003

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 3



LMH-004
Exhibit 3

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 4



LMH-005
Exhibit 4

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 5



The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 6

Show me: ☑ Straight ☐ Gay ☐ Tranny    **Personalize**

Share and watch porn videos                                                        Create Account or Sign In

Search for videos...                    Advanced Search                    Feedback Contact Faq Blog Jobs

## TNAFLIX FAQ

**Q. Ok, so what's this Tnaflix thing all about?**
A. Tnaflix is a community of people who all have atleast one of a few things in common, their love of porn, sex and masturbation! On Tnaflix you can post your favorite videos, watch videos that other users have posted, meet other like-minded individuals and discuss what's great (or what you'd love to change) about porn from all eras.

**Q. Sounds great, but how much does it cost?**
A. Tnaflix is completely free of charge! Tnaflix won't charge you anything to watch as many videos as you like, upload your own videos or participate in our community. As long as you're happy, Tnaflix is happy.

**Q. Help! The videos don't play at all! What do I do?**
A. To make sure that we provide only the highest possible quality videos, you will need to download Flash 9.0 (or higher) to view videos. If you don't yet have Flash you can download the latest version here. If you already have Flash 9.0 and still can't watch the videos, please send us an email and we'll be happy to look into it for you!

**Q. I see that you have a members' area. Why should I become a member of Tnaflix?**
A. While anyone can watch the videos that the community is sharing on Tnaflix, only members receive the full spectrum of features that are available to the community. Upload videos, rate videos, upload a avatar and message other users, fully participate in the Tnaflix experience! You can even store your favorite videos on your very own member's page, browse other member's profiles, send them messages and see what other members are watching and talking about! Click HERE, to get started!

**Q. How much does it cost to become a regular member?**
A. Nothing! Becoming a basic member of Tnaflix is absolutely free. All it requires is that you choose a unique name for yourself and provide a valid email address. Once you've signed up, you're ready to fully participate in the Tnaflix community. Upload your favorite videos, interact with other members, rate videos and start growing your reputation as a Porn King! You can start your membership experience by clicking HERE.

**Q. How do I upload a video to Tnaflix?**
A. Once you've become a member, simply choose "upload video" from the main page, or follow this LINK, to share your video with the community.

**Q. What are "tags"?**
A. When uploading a video, we ask that you include at least a few tags that describe your video and that will make it easier for the community to find. Tags are essentially keywords that will be associated with your video and which will be referenced when users search the video collection. Suggested tags for your video could include the name of the girl (or guy) in the scene, her hair color or body type, the primary action in the scene (threesome, blowjob, anal, etc) or any other keywords that you think might be relevant. If the scene was first featured on a different, third party site, please credit that site by entering the star's name as a tag (eg: Alexis Texas, Gianna Micheals, Jenna Jameson etc)

**Q. Can I add tags to a video that someone else has uploaded?**
A. While that feature is not yet available, it is on our list of priorities and should be added to the site soon.

**Q. How do I delete my account?**
A. Just goto the contact us page and let us know you want to delete your account and we will deal with this, you can also send email to admin at tnaflix dot com

**Q. I've submitted my video, but I can't find it anywhere on Tnaflix. Where is it?**
A. In order to prevent unacceptable content from appearing on the site, most submitted videos must be approved before they will appear on tnaflix. While we do try to approve your videos as quickly as possible, there can sometimes be a short delay before your videos appears online. We thank you for your patience during this time.

**Q. I'm trying to upload videos to the community, but they keep getting rejected. What am I doing wrong?**
A. In order to help make sure that the videos you are trying to share with the Tnaflix community get approved, make sure that they meet the following conditions:
  1. If you are uploading a professional quality video, check the forbidden list before uploading to avoid it being rejected
  2. If the video you are uploading is of people that do not look like they are of legal age, the video will be deleted **IMMEDIATELY!**
  3. If the video you are uploading is too short or does not contain a significant amount of "action", the video will not be approved.
  4. If the video or sound quality is poor, the video could be deleted.
  5. If the video contains banned or illegal content - Beastiality, Rape, Snuff, Violant Porn, Under-age. Real, Simulated or Cartoon will not be approved, and the **account will be blocked**

Ultimately, approving and declining videos is a manual process and one that leaves room for interpretation, but as long as you stay within the guidelines, you should be ok.

**Q. What kinds of videos are unacceptable?**
A. As we are a community website, it is important that we all respect certain rules of decent community behavior. As such, we reserve the right to refuse any videos that contain content which is illegal, harassing, harmful, abusive, obscene or hateful. For the full description, you can see Article Four of our Terms and Conditions.

**Q. Can I download videos from Tnaflix?**
A. Sure, goto the video and click the download as FLV button to download the video file to your computer. Then you can play the file using Real Media Player or VLC

**Q. What are "Favorites"?**
A. "Favorites" is a place where members can store videos that they like for easy retrieval later. Simply click the "Add to favorites" link while watching a video and it will be automatically saved for you without leaving the page.

**Q. What does the "Flag as inappropriate" link do?**
A. Flag as inappropriate will notify the Tnaflix team of any videos that you consider inappropriate. These videos and the user who uploaded this video(s) will be terminated from Tnaflix for life. You can leave a note with the video if you feel it's needed

**Q. How do I see another member's profile?**
A. When viewing a video there is a section under the video with some stats and voting on the video. There is a added by field, with the username as a link. Click this and you will be viewing a users profile.

**Q. How do I get in touch with you if something goes wrong?**
A. If you ever have any questions, comments, queries or concerns, please don't hesitate to contact us using our contact form.

**Q. Is working for Tnaflix the coolest job ever?**

LMH-007
Exhibit 6

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 7

**List of Infringements of Plaintiff's Works found on Tnaflix.com**

1) Jared & Cassie:
http://www.tnaflix.com/view_video.php?viewkey=ad1a744979354203d0e1;
2) Braden: http://www.tnaflix.com/view_video.php?viewkey=5899d91e1a5587573188;
3) Caleb 2 (also titled Caleb & Julie):
http://www.tnaflix.com/view_video.php?viewkey=eb0fe1ee7236641d249d;
4) Austin & Cassie:
http://www.tnaflix.com/view_video.php?viewkey=ee21a0bda4d689266923;
5) Nick 3 (also titled Nick & Julie):
http://www.tnaflix.com/view_video.php?viewkey=9a4dab1cccf8e062ccae;
6) Jared & Rachel:
http://www.tnaflix.com/view_video.php?viewkey=01408f5b6c75685fb5b5;
7) Travis 2: http://www.tnaflix.com/view_video.php?viewkey=81015a956624190a29b8;
8) Connor & Bailey:
http://www.tnaflix.com/view_video.php?viewkey=c3c4521f64ab4ea8cf0e;
9)Jared & Nadia:
http://www.tnaflix.com/view_video.php?viewkey=e6f5dded8fedb229af36;
10)Brad 2 (also titled Brad & Bianca):
http://www.tnaflix.com/view_video.php?viewkey=025d78775655923623c7;
11) Caleb: http://www.tnaflix.com/view_video.php?viewkey=753dcd2ad82f5e65cefe;
12) Cain Fucks Cole:
http://www.tnaflix.com/view_video.php?viewkey=a95981f110fb14622e93;
13) Caleb & Kiersten:
http://www.tnaflix.com/view_video.php?viewkey=97425aa5fefdd2dd5aef;
14) Lucas 2 (also titled Lucas & Jasmine):
http://www.tnaflix.com/view_video.php?viewkey=5cdf11bc22399ec427e0;
15) Shawn: http://www.tnaflix.com/view_video.php?viewkey=06e79c4b6540038dfa19;
16) Nick: http://www.tnaflix.com/view_video.php?viewkey=f9cb07985a44ad04f9e8;
17) Gabe 2: http://www.tnaflix.com/view_video.php?viewkey=28d01d986a712a5e371f;
18) Aaron Fucks James:
http://www.tnaflix.com/view_video.php?viewkey=edfc90305c507af86e7e;
19) James Fucks Aaron:
http://www.tnaflix.com/view_video.php?viewkey=fefbeb6201995846c2ae;
20) Aaron Fucks Josh:
http://www.tnaflix.com/view_video.php?viewkey=cbf77aa9177fba05c5c2;
21) Dru Fucks Cain:
http://www.tnaflix.com/view_video.php?viewkey=f66ef29d5e0c72dfe358;
22) Mario Fucks Josh:
http://www.tnaflix.com/view_video.php?viewkey=c0a8bd81d05587a73d9d;
23)Luca & Liam's Bi 4-Way:
http://www.tnaflix.com/view_video.php?viewkey=c69a494733b4156cca80;
24) Lucas & Travis' Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=7cbddcb878c482793b9b;
25) Lucas & Jared's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=c3669e2a732be90b9c09;

*1*

LMH-008
Exhibit 7

26) Zeke &Lucas' Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=a341ce7bd82defce3cfd;
27) Jared & Connor's Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=31f14929efbbed738f19;
28) Connor & Brody Teasing Ashley:
http://www.tnaflix.com/view_video.php?viewkey=1b4d8d781ebf09ce29ac;
29) Tom & Connor's Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=14ef94d7063477f38f29;
30) Connor & Austin's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=df76981923e731cced76;
31) Connor & Kenny's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=bdb8ea5e96e3ccb6ef81;
32) Connor & Colby Teasing Addison:
http://www.tnaflix.com/view_video.php?viewkey=a31e8957d5ea2f449883;
33) Ethan's First Time:
http://www.tnaflix.com/view_video.php?viewkey=203d6bf4da9a80e2b457;
34) Connor & Jean-Daniel:
http://www.tnaflix.com/view_video.php?viewkey=f64029fed14ef9f5e0e3;
35) Jamie Fucks Josh:
http://www.tnaflix.com/view_video.php?viewkey=f4574c8dcf21a4b4aa52;
36) Brian: http://www.tnaflix.com/view_video.php?viewkey=9aefe555f1b8b933f7ec;
37) Josh & Brent's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=fb787f3896b2a976a914;
38) Vince & Bryan's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=9874c9ddfcae372c243a;
39) Aaron & Dawson's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=72f82f95e75435f1335f;
40) Simon & Micah's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=879bff07c0e4e5b6e208;
41) Elijah & Kenny's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=e266fb3ad2da6752d787;
42) Elijah & Cole's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=af7a7d0f1db773a54449;
43) Dawson & Elijah's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=adc6de4b566d1b51a9cf;
44) Austin & Dawson's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=7c79d536404199452d56;
45) Dawson & JT's Bi Tag Team:
http://www.tnaflix.com/view_video.php?viewkey=77ff6747ba88b6cce0cf;
46) Bi Fuck Fest 2:
http://www.tnaflix.com/view_video.php?viewkey=cafaa3c78166a8a60b9d;
47) Lucas Fucks Trey
http://www.tnaflix.com/gay-porn/Lucas-fucks-Trey/video113901;
48) Elijah Fucks Josh:
http://www.tnaflix.com/gay-porn/Elijah-fucks-Josh/video113900;

LMH-009
Exhibit 7

49) Elijah Fucks Levi:
http://www.tnaflix.com/gay-porn/Elijah-fucks-Levi/video113898;
50) Dru Fucks Travis:
http://www.tnaflix.com/gay-porn/Dru-fucks-Travis/video113897;
51) Dru Fucks Simon:
http://www.tnaflix.com/gay-porn/Dru-fucks-Simon/video113896;
52) Dru Fucks Josh:
http://www.tnaflix.com/gay-porn/Dru-Fucks-Josh/video113895;
53) Connor Fucks Ian:
http://www.tnaflix.com/gay-porn/Connor-fucks-Ian/video113891;
54) Connor Fucks Dru:
http://www.tnaflix.com/gay-porn/Connor-fucks-Dru/video113890;
55) Cain Fucks Colby:
http://www.tnaflix.com/gay-porn/Cain-fucks-Colby/video113888;
56) Cade Fucks Matt:
http://www.tnaflix.com/gay-porn/Cade-fucks-Matt/video113887;
57) Cade Fucks Connor:
http://www.tnaflix.com/gay-porn/Cade-fucks-Connor/video113883;
58) Alex Fucks Connor:
http://www.tnaflix.com/gay-porn/Alex-fucks-Connor/video113880;
59) Brett Fucks Dylan II:
http://www.tnaflix.com/gay-porn/Brett-fucks-Dylan-II/video113879;
60) Fucking Trey:
http://www.tnaflix.com/gay-porn/Fucking-Trey/video113875;
61) Fucking Trevor:
http://www.tnaflix.com/gay-porn/Fucking-Trevor/video113874;
62) Fucking Simon:
http://www.tnaflix.com/gay-porn/Fucking-Simon/video113873;
63) Fucking Owen:
http://www.tnaflix.com/gay-porn/Fucking-Owen/video113872;
64) Fucking Kenny:
http://www.tnaflix.com/gay-porn/Fucking-Kenny/video113868;
65) Fucking Micah:
http://www.tnaflix.com/gay-porn/Fucking-Micah/video113867;
66) Fucking Keith:
http://www.tnaflix.com/gay-porn/Fucking-Kieth/video113866;
67) Fucking Ian II:
http://www.tnaflix.com/gay-porn/Fucking-Ian-II/video113865;
68) Fucking Heath:
http://www.tnaflix.com/gay-porn/Fucking-Heath/video113864;
69) Fucking Elijah Part 2:
http://www.tnaflix.com/gay-porn/Fucking-Elijah-Part-2/video113862;
70) Fucking Elijah Part 1:
http://www.tnaflix.com/gay-porn/Fucking-Elijah-Part-1/video113861;

LMH-010
Exhibit 7

71) Fucking Darin:
http://www.tnaflix.com/gay-porn/Fucking-Darin/video113860;
72) Fucking Cole Part 1:
http://www.tnaflix.com/gay-porn/Fucking-Cole-Part-1/video113859;
73) Fucking Cole Part 2:
http://www.tnaflix.com/gay-porn/Fucking-Cole-Part-2/video113858;
74) Fucking Colby 2:
http://www.tnaflix.com/gay-porn/Fucking-Colby-Part-2/video113857;
75) Fucking Brody Part 1:
http://www.tnaflix.com/gay-porn/Fucking-Brody-Part-1/video113856;
76) Fucking Colby Part 1:
http://www.tnaflix.com/gay-porn/Fucking-Colby-Part-1/video113855;
77) Fucking Brody Part 2:
http://www.tnaflix.com/gay-porn/Fucking-Brody-Part-2/video113854;
78) Fucking Brett:
http://www.tnaflix.com/gay-porn/Fucking-Brett/video113853;
79) Fucking Brady:
http://www.tnaflix.com/gay-porn/Fucking-Brady/video113852;
80) Lucas Fucks Brody:
http://www.tnaflix.com/gay-porn/Lucas-fucks-Brody/video113841;
81) Josh Fucks Brody:
http://www.tnaflix.com/gay-porn/Josh-fucks-Brody/video113840;
82) Josh Fucks Simon:
http://www.tnaflix.com/gay-porn/Josh-fucks-Simon/video113839;
83) Joel Fucks Jeff:
http://www.tnaflix.com/gay-porn/Joel-fucks-Jeff/video113838;
84) Jamie Fucks Levi:
http://www.tnaflix.com/gay-porn/Jamie-fucks-Levi-HUGE/video113837;
85) Fucking Zeke:
http://www.tnaflix.com/gay-porn/Fucking-Zeke/video113836;
86) Brody:
http://www.tnaflix.com/gay-porn/Brody/video113748;
87) Fucking Troy:
http://www.tnaflix.com/gay-porn/Fucking-Troy/video113742;
88) Fucking Todd:
http://www.tnaflix.com/gay-porn/Fucking-Todd/video113741;
89) Jonas Fucks Colby:
http://www.tnaflix.com/gay-porn/Jonas-fucks-Colby/video113686;
90) Fucking Mark:
http://www.tnaflix.com/gay-porn/Fucking-Mark/video113677;
91) Dru and Ethan:
http://www.tnaflix.com/gay-porn/Dru-and-Ethan/video113676;
92) Cain and Lucas:
http://www.tnaflix.com/gay-porn/Cain-and-Lucas/video113675;

4

LMH-011
Exhibit 7

93) Aaron & Dru:
http://www.tnaflix.com/gay-porn/Aaron-Dru/video113670;
94) Fucking Ethan:
http://www.tnaflix.com/gay-porn/Fucking-ethan/video113667;
95) Cain & Levi:
http://www.tnaflix.com/gay-porn/Cain-and-Levi/video113666;
96) Dru Fucks Trey:
http://www.tnaflix.com/gay-porn/Dru-Trey/video113663;
97) Ethan Fucks Brody:
http://www.tnaflix.com/gay-porn/Dru-Trey/video113663;
98) Connor Fucks Taylor:
http://www.tnaflix.com/gay-porn/Connor-fucks-Taylor/video113660;
99) Cain Fucks Brody:
http://www.tnaflix.com/gay-porn/Cain-Fucks-Brody/video113659;
100) The Twins Tag Travis:
http://www.tnaflix.com/gay-porn/The-Twins-Tag-Travis/video113657;
101) Blowing TJ:
http://www.tnaflix.com/gay-porn/TJ-Gets-Blown/video112360;
102) Brent & Ryan's Flip Flop:
http://www.tnaflix.com/gay-porn/Brent-Ryan/video109438;
103) Fucking Spencer:
http://www.tnaflix.com/gay-porn/Fucking-Spence/video109464;
104) Lucas & Ryan:
http://www.tnaflix.com/gay-porn/Lucas-Ryan/video109137;
105) Jaime Fucks Travis:
http://www.tnaflix.com/gay-porn/Huge-Cock-Gay-Sex/video106031;

LMH-012
Exhibit 7

Exhibit 8

LMH-013
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-660-070**

**Effective date of registration:**

January 11, 2010

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Jared & Cassie

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 2, 2008        **Nation of 1st Publication:** United States

## Author

■  **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 15, 2009

**Applicant's Tracking Number:** ACS0121

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-626-126

**Effective date of
registration:**

April 24, 2009

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Braden

## Completion/Publication
**Year of Completion:** 2006

**Date of 1st Publication:** May 22, 2006    **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 151, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com       **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification
**Name:** Jason Gibson

**Date:** April 24, 2009

**Applicant's Tracking Number:** ACM0316

LMH-015
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-669-474

**Effective date of
registration:**

February 16, 2010

---

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Caleb & Julie

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 2, 2007        **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** February 16, 2010

**Applicant's Tracking Number:** ACS0072

LMH-016
Exhibit 8



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-654-977**

**Effective date of
registration:**

December 7, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Austin & Cassie

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 25, 2008        **Nation of 1st Publication:** United States

## Author

■   **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:**   888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 4, 2009

**Applicant's Tracking Number:** ACS0133

LMH-017
Exhibit 8



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-669-490**

**Effective date of
registration:**

February 16, 2010

## Title

Title of Work: Corbin Fisher's Amateur College Sex Presents Nick & Julie

## Completion/ Publication

Year of Completion: 2007

Date of 1st Publication: April 25, 2007          Nation of 1st Publication: United States

## Author

■   Author: Liberty Media Holdings, LLC, dba  Excelsior Productions

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

Organization Name: Excelsior Media Corp

Name: Marc J Randazza, Esq

Email: copyright@excelsiormedia.com          Telephone: 888-267-2462

Address: 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

Name: Jason Gibson

Date: February 16, 2010

Applicant's Tracking Number: ACS0071

LMH-018
Exhibit 8



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-662-949

**Effective date of registration:**

January 26, 2010

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Jared & Rachel

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 7, 2007   **Nation of 1st Publication:** United States

## Author

■   **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** January 26, 2010

**Applicant's Tracking Number:** ACS0100

LMH-019
Exhibit 8



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-654-988**

**Effective date of registration:**

December 1, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Travis 2

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 6, 2008          **Nation of 1st Publication:** United States

## Author

■   **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 1, 2009

**Applicant's Tracking Number:** ACS0139

LMH-020
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-644-902**

**Effective date of registration:**

September 18, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Connor & Bailey

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 3, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** John Mancini

**Date:** September 18, 2009

**Applicant's Tracking Number:** ACS0198

LMH-021
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-664-189**

Effective date of registration:

February 4, 2010

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Jared & Nadia

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 15, 2007    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** February 4, 2010

**Applicant's Tracking Number:** ACS0087

LMH-022
Exhibit 8



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-671-609

**Effective date of
registration:**

March 19, 2010

## Title
Title of Work: CORBINFISHER.COM Sean

## Completion/ Publication
Year of Completion: 2004

Date of 1st Publication: January 17, 2004          Nation of 1st Publication: United States

## Author
- Author: Liberty Media Holdings, LLC, dba Excelsior Productions
  Author Created: entire motion picture

  Work made for hire: Yes
  Citizen of: United States

## Copyright claimant
Copyright Claimant: Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, United States

## Rights and Permissions
Organization Name: Excelsior Media Corp

Name: Marc J Randazza, Esq

Email: copyright@excelsiormedia.com          Telephone: 888-267-2462

Address: 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification
Name: Jason Gibson

Date: March 19, 2010

Applicant's Tracking Number: ACM0012

LMH-023
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-624-414**

**Effective date of registration:**

**April 7, 2009**

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Nick

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 5, 2006      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Production

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** April 7, 2009

**Applicant's Tracking Number:** ACM0347

LMH-024
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-654-992

**Effective date of registration:**

November 30, 2009

---

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Caleb & Kiersten

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 20, 2008        **Nation of 1st Publication:** United States

## Author

■        **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** November 30, 2009

**Applicant's Tracking Number:** ACS0142

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-628-727

**Effective date of registration:**

May 19, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Caleb

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 28, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** May 19, 2009

**Applicant's Tracking Number:** ACM0287

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-673-171

**Effective date of registration:**

April 19, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Corbin Fisher's Amateur College Sex Presents Gabe |
| **Previous or Alternative Title:** | Corbin Fisher's Amateur College Sex Presents Gabe & GF |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2006 | | |
| **Date of 1st Publication:** | July 26, 2006 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Liberty Media Holdings, LLC, dba  Excelsior Productions |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Liberty Media Holdings, LLC, dba  Excelsior Productions |
| | 302 Washington Street, STE 161, San Diego, CA, 92103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Excelsior Media Corp |
| **Name:** | Marc J Randazza, Esq |
| **Email:** | copyright@excelsiormedia.com |
| **Address:** | 302 Washington Street |
| | STE 321 |
| | San Diego, CA 92103  United States |

**Telephone:**  888-267-2462

## Certification

| | |
|---|---|
| **Name:** | Jason Gibson |
| **Date:** | April 19, 2010 |
| **Applicant's Tracking Number:** | ACS0001 |



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-672-058

**Effective date of registration:**

April 7, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Aaron Fucks James

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 23, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com      **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** March 24, 2010

**Applicant's Tracking Number:** ACM0815

LMH-028
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-672-909

Effective date of
registration:

April 19, 2010

## Title ——————————————————————

**Title of Work:** Corbin Fisher Amateur College Sex Luca & Liam's Bi 4-Way

## Completion/ Publication ————————————————

**Year of Completion:** 2010

**Date of 1st Publication:** April 16, 2010    **Nation of 1st Publication:** United States

## Author ——————————————————————

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ————————————————

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions ————————————————

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification ——————————————————

**Name:** Jason Gibson

**Date:** April 16, 2010

**Applicant's Tracking Number:** ACS0266

LMH-029
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-651-262

**Effective date of
registration:**

November 2, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Lucas & Travis' Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 5, 2008          **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** November 2, 2009

**Applicant's Tracking Number:** ACS0165



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-696-336**

**Effective date of registration:**

December 14, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Lucas & Jared's Bi Tag Team-Stills, et al

**Contents Titles:** Corbin Fisher Amateur College Sex Lucas & Jared's Bi Tag Team-SC,
Corbin Fisher Amateur College Sex Lucas & Jared's Bi Tag Team-SC, et al

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 11, 2009        **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-644-647

**Effective date of
registration:**

September 4, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Zeke & Lucas' Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 4, 2009      **Nation of 1st Publication:** United States

## Author

■   **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com       **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 4, 2009

**Applicant's Tracking Number:** ACS0218

LMH-032
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-646-029

**Effective date of
registration:**

September 30, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Jared & Connor's Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 4, 2009    **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 30, 2009

**Applicant's Tracking Number:** ACS0182

LMH-033
Exhibit 8    Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
## PA 1-643-875

**Effective date of
registration:**

September 2, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Tom & Connor's Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 21, 2009      **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:**  copyright@excelsiormedia.com           **Telephone:**   888-267-2462

**Address:**  302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 2, 2009

**Applicant's Tracking Number:** ACS0215



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-650-645**

**Effective date of registration:**

November 13, 2009

## Title

Title of Work: Corbin Fisher's Amateur College Sex Presents Connor & Austin's Bi tag Team

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: November 21, 2008    Nation of 1st Publication: United States

## Author

- Author: Liberty Media Holdings, LLC, dba Excelsior Productions

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

Organization Name: Excelsior Media Corp

Name: Marc J Randazza, Esq

Email: copyright@excelsiormedia.com    Telephone: 888-267-2462

Address: 302 Washington Street

STE 321

San Diego, CA 92103 United States

## Certification

Name: Jason Gibson

Date: November 13, 2009

Applicant's Tracking Number: ACS0162

LMH-035
Exhibit 8



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-649-736

**Effective date of registration:**

October 30, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Connor & Kenny's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 30, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 30, 2009

**Applicant's Tracking Number:** ACS0230

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-665-398

**Effective date of registration:**

February 19, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Connor & Colby Teasing Addison

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 19, 2010       **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com       **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** February 19, 2010

**Applicant's Tracking Number:** ACS0254

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-655-742

**Effective date of registration:**

November 24, 2009

## Title ──────────────────────────────

**Title of Work:** BelAmiOnline & Corbin Fisher Present  Connor & Jean Daniel

## Completion/ Publication ──────────────

**Year of Completion:** 2009

**Date of 1st Publication:** October 15, 2009     **Nation of 1st Publication:** United States

## Author ─────────────────────────────

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ─────────────────

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions ──────────────

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:**  copyright@excelsiormedia.com     **Telephone:**  888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification ───────────────────────

**Name:** Jason Gibson

**Date:** October 15, 2009

**Applicant's Tracking Number:** ACM0747



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-660-066**

**Effective date of registration:**

January 11, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Jamie Fucks Josh

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 31, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com     **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 31, 2009

**Applicant's Tracking Number:** ACM0780

LMH-039
Exhibit 8



ACM0152



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-650-520**

**Effective date of registration:**

October 30, 2009

## Title

**Title of Work:** CORBINFISHER.COM Brian

## Completion/ Publication

**Year of Completion:** 2005

**Date of 1st Publication:** February 8, 2005     **Nation of 1st Publication:** United States

## Author

■      **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com     **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 30, 2009

**Applicant's Tracking Number:** ACM0152

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-644-819

**Effective date of
registration:**

September 17, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Josh & Brent's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 12, 2009          **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 17, 2009

**Applicant's Tracking Number:** ACS0200

LMH-041
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-688-143**

Effective date of registration:
October 2, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Vince & Bryan's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 2, 2009     **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com     **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 2, 2009

**Applicant's Tracking Number:** ACS0224-Stills

LMH-042
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-646-890

**Effective date of registration:**

October 8, 2009

---

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Aaron & Dawson's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 30, 2009   **Nation of 1st Publication:** United States

## Author

■  **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 8, 2009

**Applicant's Tracking Number:** ASC0176

LMH-043
Exhibit 8



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-660-053

**Effective date of registration:**

January 11, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Simon & Micah's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 8, 2010   **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** January 11, 2010

**Applicant's Tracking Number:** ACS0245

LMH-044
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been·made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-657-675

Effective date of
registration:
October 9, 2009

---

## Title

Title of Work: Corbin Fisher Amateur College Sex Elijah & Cole's Bi Tag Team

## Completion/ Publication

Year of Completion: 2009

Date of 1st Publication: July 10, 2009    Nation of 1st Publication: United States

## Author

- Author: Liberty Media Holdings, LLC, dba  Excelsior Productions

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

Organization Name: Excelsior Media Corp

Name: Marc J. Randazza, Esq

Email: copyright@excelsiormedia.com        Telephone:   888-267-2462

Address: 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

Name: Jason Gibson

Date: September 10, 2009

Applicant's Tracking Number: ACS0206

---



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-648-566**

**Effective date of registration:**

October 21, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Dawson & Elijah's Bi Tag Team

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 16, 2009      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com       **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 21, 2009

**Applicant's Tracking Number:** ACS0227

LMH-046
Exhibit 8



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-654-973

**Effective date of
registration:**

December 7, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Bi Fuck Fest

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 11, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 7, 2009

**Applicant's Tracking Number:** ACS0131

LMH-047
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-663-902**

**Effective date of registration:**

February 8, 2010

## Title

Title of Work: Corbin Fisher Amateur College Men Elijah Fucks Levi

## Completion/ Publication

Year of Completion: 2010

Date of 1st Publication: February 2, 2010     Nation of 1st Publication: United States

## Author

- Author: Liberty Media Holdings, LLC, dba  Excelsior Productions

  Author Created: entire motion picture

  Work made for hire: Yes

  Citizen of: United States

## Copyright claimant

Copyright Claimant: Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

Organization Name: Excelsior Media Corp

Name: Marc J Randazza, Esq

Email: copyright@excelsiormedia.com     Telephone: 888-267-2462

Address: 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

Name: Jason Gibson

Date: February 2, 2010

Applicant's Tracking Number: ACM0794

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-619-053**

**Effective date of
registration:**

January 22, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Cade Fucks Matt

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 6, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** January 6, 2009

LMH-049
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-626-053

**Effective date of
registration:**

March 24, 2009

## Title
**Title of Work:** Corbin Fisher Amateur College Men Cade Fucks Connor

## Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** March 10, 2009        **Nation of 1st Publication:** United States

## Author
• **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com        **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification
**Name:** Jason Gibson

**Date:** March 13, 2009

**Applicant's Tracking Number:** ACM0650

LMH-050
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-627-386

**Effective date of registration:**

May 6, 2009

## Title ——————————————————————

**Title of Work:** Corbin Fisher Amateur College Men Brett Fucks Dylan

## Completion/ Publication ————————————

**Year of Completion:** 2009

**Date of 1st Publication:** May 5, 2009          **Nation of 1st Publication:** United States

## Author ——————————————————————

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ————————————————

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions ———————————————

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza,Esq

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification ————————————————————

**Name:** Jason Gibson

**Date:** May 6, 2009

**Applicant's Tracking Number:** ACM0676

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-627-474

**Effective date of
registration:**

May 7, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Trey

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** May 7, 2009   **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** May 7, 2009

**Applicant's Tracking Number:** ACM0677

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-626-044

**Effective date of registration:**

March 24, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Trevor

**Contents Titles:** Corbin Fisher's Amateur College Men Presents Fucking Trevor pt1

Corbin Fisher's Amateur College Men Presents Fucking Trevor pt2

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** November 17, 2006     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

LMH-053
Exhibit 8

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-632-831

**Effective date of
registration:**

June 15, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Simon

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 4, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** June 5, 2009

**Applicant's Tracking Number:** ACM0690

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-637-021

**Effective date of
registration:**

July 23, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Owen

## Completion / Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 23, 2009       **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com       **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103 United States

## Certification

**Name:** Jason Gibson

**Date:** July 23, 2009

**Applicant's Tracking Number:** ACM0711



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-660-069**

Effective date of registration:

January 11, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Lucas Fucks Trey

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 22, 2009      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 321, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com      **Telephone:** 888-267-2462

**Address:** 302 Washington Streey

STE 321

San Diego, CO 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** December 23, 2009

**Applicant's Tracking Number:** ACM0776

LMH-056
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-632-974

**Effective date of
registration:**

June 9, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Keith

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 9, 2009     **Nation of 1st Publication:** United States

## Author

■      **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** June 9, 2009

**Applicant's Tracking Number:** ACM0692

LMH-057
Exhibit 8     Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-621-820

**Effective date of
registration:**

March 16, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Ian 2

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 12, 2009          **Nation of 1st Publication:** United States

## Author

■   **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions
302 Washington Street, STE 161, San Diego, CA  92103  United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** March 13, 2009

**Applicant's Tracking Number:** ACM0651

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-612-295

**Effective date of registration:**

October 29, 2008

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Heath

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 12, 2008     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** October 23, 2008

LMH-059
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-634-724

**Effective date of registration:**

June 2, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Corbin Fisher Amateur College Men Fucking Elijah |
| **Contents Titles:** | Corbin Fisher Amateur College Men Fucking Elijah pt1 |
| | Corbin Fisher Amateur College Men Fucking Elijah pt2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | April 30, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Liberty Media Holdings, LLC, dba Excelsior Productions |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Liberty Media Holdings, LLC, dba Excelsior Productions |
| | 302 Washington Street, STE 161, San Diego, CA, 92103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Weston,Garrou,Walters & Mooney |
| **Name:** | Marc J. Randazza, Esq |
| **Email:** | mrandazza@firstamendment.com |
| **Telephone:** | 407-975-9150 |
| **Address:** | 781 Douglas Ave |
| | Altamonte Springs, FL 32714  United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-623-214

**Effective date of registration:**

February 6, 2009

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Darin

## Completion/ Publication
**Year of Completion:** 2009

**Date of 1st Publication:** February 5, 2009          **Nation of 1st Publication:** United States

## Author
■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq.

**Email:** mrandazza@firstamendment.com          **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714, United States

## Certification
**Name:** Jason Gibson

**Date:** February 5, 2009

**Applicant's Tracking Number:** ACM0635

LMH-061
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-626-140

**Effective date of registration:**

March 17, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Cole pt1
Corbin Fisher Amateur College Men Fucking Cole pt2

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 5, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** March 13, 2009

**Applicant's Tracking Number:** ACM0647/0648

LMH-062
Exhibit 8

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-623-605

**Effective date of registration:**

March 31, 2009

## Title ────────────────────

**Title of Work:** Corbin Fisher Amateur College Men Joel Fucks Jeff

## Completion/Publication ────────

**Year of Completion:** 2009

**Date of 1st Publication:** March 31, 2009     **Nation of 1st Publication:** United States

## Author ────────────────

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant ────────────

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 321, San Diego, CA, 92103, United States

## Rights and Permissions ──────────

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com     **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification ────────────────

**Name:** Jason Gibson

**Date:** March 31, 2009

**Applicant's Tracking Number:** ACM0659

LMH-063
Exhibit 8

Page 1 of 1



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-656-052**

**Effective date of registration:**

May 8, 2009

## Title
**Title of Work:** Corbin Fisher Amateur College Men Fucking Zeke

## Completion/ Publication
**Year of Completion:** 2009

**Date of 1st Publication:** April 2, 2009   **Nation of 1st Publication:** United States

## Author
**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification
**Name:** Jason Gibson

**Date:** April 2, 2009

**Applicant's Tracking Number:** ACM0660



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-656-052

**Effective date of
registration:**

May 8, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Men Fucking Zeke

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** April 2, 2009          **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:**  mrandazza@firstamendment.com          **Telephone:**    407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714  United States

## Certification

**Name:** Jason Gibson

**Date:** April 2, 2009

**Applicant's Tracking Number:** ACM0660

LMH-065
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-663-985

**Effective date of registration:**

February 3, 2010

---

## Title

**Title of Work:** CORBINFISHER.COM Brody

## Completion/ Publication

**Year of Completion:** 2004

**Date of 1st Publication:** June 30, 2004   **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com   **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** February 3, 2010

**Applicant's Tracking Number:** ACM0088

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-640-031

**Effective date of
registration:**

July 30, 2009

---

## Title

| | |
|---|---|
| **Title of Work:** | Corbin Fisher Amateur College Men Fucking Troy |
| **Contents Titles:** | Corbin Fisher Amateur College Men Fucking Troy pt1 |
| | Corbin Fisher Amateur College Men Fucking Troy pt2 |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | July 30, 2009 | **Nation of 1st Publication:** | United States |

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Excelsior Media Corp | | |
| **Name:** | Marc J. Randazza, Esq | | |
| **Email:** | copyright@excelsiormedia.com | **Telephone:** | 888-267-2462 |
| **Address:** | 302 Washington Street | | |
| | STE 321 | | |
| | San Diego, CA 92103  United States | | |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-620-200

**Effective date of
registration:**

January 6, 2009

## Title
**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Todd

## Completion/Publication
**Year of Completion:** 2009

**Date of 1st Publication:** January 1, 2009        **Nation of 1st Publication:** United States

## Author
■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 151, San Diego, CA 92103, United States

## Rights and Permissions
**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com        **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification
**Name:** Jason Gibson

**Date:** January 2, 2009

LMH-068
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-670-179

**Effective date of
registration:**

April 7, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Cain Fucks Brody

## Completion/ Publication

**Year of Completion:** 2010

**Date of 1st Publication:** March 30, 2010          **Nation of 1st Publication:** United States

## Author

■ **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** March 30, 2010

**Applicant's Tracking Number:** ACM0818

LMH-069
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-624-409

**Effective date of
registration:**

April 8, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Blowing TJ

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** August 29, 2006       **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 101, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J Randazza, Esq

**Email:** mrandazza@firstamendment.com       **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** April 8, 2009

**Applicant's Tracking Number:** ACM0345

LMH-070
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-622-272**

**Effective date of
registration:**

March 25, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Brent & Ryan's Flip Flop

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 29, 2006      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** March 25, 2009

**Applicant's Tracking Number:** ACM0354

Page 1 of 1

LMH-071
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-622-280**

**Effective date of
registration:**

March 23, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Fucking Spencer

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** October 13, 2006      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston,Garrou,Walters & Mooney

**Name:** Marc J. Randazza,Esq

**Email:** mrandazza@firstamendment.com      **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** March 23, 2009

**Applicant's Tracking Number:** ACM0358

LMH-072
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-691-280

**Effective date of
registration:**

June 22, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Cain Fucks Levi

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 22, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** June 22, 2010

**Applicant's Tracking Number:** ACM0854

LMH-073
Exhibit 8

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-690-574

**Effective date of registration:**

June 15, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Dru Fucks Trey

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 15, 2010    **Nation of 1st Publication:** United States

## Author

■     **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** June 15, 2010

**Applicant's Tracking Number:** ACM0851

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-628-867

**Effective date of registration:**

May 21, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Men Presents Lucas Fucks Ryan

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 3, 2006   **Nation of 1st Publication:** United States

## Author

**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Weston, Garrou, Walters & Mooney

**Name:** Marc J. Randazza, Esq

**Email:** mrandazza@firstamendment.com   **Telephone:** 407-975-9150

**Address:** 781 Douglas Ave

Altamonte Springs, FL 32714 United States

## Certification

**Name:** Jason Gibson

**Date:** May 21, 2009

**Applicant's Tracking Number:** ACM0280

LMH-075
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-692-611

**Effective date of
registration:**

July 1, 2010

## Title

**Title of Work:** Corbin Fisher Amateur College Men Aaron Fucks Dru

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 29, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** July 1, 2010

**Applicant's Tracking Number:** ACM0857

LMH-076
Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-692-608

**Effective date of
registration:**

July 1, 2010

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Corbin Fisher Amateur College Men Cain Fucks Lucas

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010      **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■
**Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com      **Telephone:**   888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Jason Gibson

**Date:** July 1, 2010

**Applicant's Tracking Number:** ACM0858

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-689-598

**Effective date of
registration:**

June 8, 2010

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Ethan Fucks Brody

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 8, 2010      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com        **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** June 8, 2010

**Applicant's Tracking Number:** ACM0848

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-689-148

**Effective date of
registration:**

May 27, 2010

## Title

**Title of Work:**  Corbin Fisher Amateur College Men The Twins Tag Travis

## Completion/Publication

**Year of Completion:**  2010

**Date of 1st Publication:**  May 27, 2010          **Nation of 1st Publication:**  United States

## Author

■          **Author:**  Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:**  entire motion picture

**Work made for hire:**  Yes

**Citizen of:**  United States

## Copyright claimant

**Copyright Claimant:**  Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:**  Excelsior Media Corp

**Name:**  Marc J Randazza, Esq

**Email:**  copyright@excelsiormedia.com          **Telephone:**   888-267-2462

**Address:**  302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:**  Jason Gibson

**Date:**  May 27, 2010

**Applicant's Tracking Number:**  ACM0843

LMH-079
Exhibit 8

Page 1 of 1

**Liberty Media Holdings v. TNAFlix**

**Plaintiff's Works and Case Numbers**
**(for instances where no copyright certificate has been issued to date)**

| Work | Case No. |
| --- | --- |
| Mario Fucks Josh | 1-330908281 |
| Aaron Fucks Josh | 1-382082701 |
| Cain Fucks Cole | 1-397916241 |
| Ethan's First Time | 1-394423861 |
| James Fucks Aaron | 1-392638781 |
| Dru Fucks Cain | 1-383584412 |
| Elijah Fucks Josh | 1-211275701 |
| Dru Fucks Travis | 1-249716311 |
| Dru Fucks Simon | 1-276857261 |
| Dru Fucks Josh | 1-263139431 |
| Connor Fucks Ian | 1-347465251 |
| Connor Fucks Dru | 1-3082693938 |
| Cain Fucks Colby | 1-340417371 |
| Fucking Kenny | 1-242773431 |
| Fucking Micah | 1-252880311 |
| Fucking Colby | 1-310028503 |
| Fucking Brody | 1-267930176 |
| Jaime Fucks Levi | 1-345642451 |
| Jonas Fucks Colby | 1-376813721 |
| Fucking Mark | 1-453045171 |
| Dru Fucks Ethan | 1-446558431 |
| Connor Fucks Taylor | 1-417965426 |
| Jaime Fucks Travis | 1-318860061 |

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-1



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-2

LMH-082
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-3

LMH-083
Exhibit 9