The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-4



LMH-084
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-5

http://www.tnaflix.com/view.video.php?viewkey=9a4dab1ccd8e062cae

Hot College Jock Fucks Cutie | Free Porn | Sex | Porno at Tnaflix

# TNAflix

Share and watch porn videos

Show me: Straight | Gay | Tranny | Pornselllin

HOME    VIDEOS    CATEGORIES    000:00    LIVE SEX    FREE SEX

Search for video.    Search    Advanced Search

## HOT COLLEGE JOCK FUCKS CUTIE

MultiView

Unleash this movie's real power - enjoy in MultiView

PRESENTS
NICK 3

©2007 Excelsior Productions. All Rights Reserved. Unauthorized
reproduction or distribution of this video, in whole or in part,
is a violation of applicable Federal copyright laws and
international copyright treaties.

00:02 / 12:41    Rate this video:    (6 Votes)
Awesome!

DOWNLOAD!
Low Quality FLV

Favorites    Share    Embed    Download    Flag

Uploaded By: jppcBoobies1985
Added:    1 month ago
Categories:    Teen Girls 18+, Amateur Porn, Oral Sex & Licking, Blowjob, Girls Fucking
Tags:    Amateur, Teen, Shaved, Blowjob
Description:    corbin fisher

RELATED VIDEOS • USER'S VIDEOS • PREMIUM SCENES

ADULT
WEBCAM
SHOWS
NOW IN

FaceBook Sluts (18+)

CREATE REVIEW

Write your review now, no need to signup!

Create Account or Sign In

Feedback  Contact  Faq  Blog  Jobs

LMH-085
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-6



LMH-086
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-7



LMH-087
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-8



The following exhibit contains sexually explicit material, which has been redacted for the Court. Should the Court require an un-redacted version, one will be provided.

Exhibit 9-9



LMH-089
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-10



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-11



The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-12



LMH-092
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-13



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-14



©2006 Excelsior Productions. All Rights Reserved. Unauthorized reproduction or distribution of this video, in whole or in part, is a violation of applicable Federal copyright laws and international copyright treaties.

LMH-094
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-15









The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-16

http://www.tnaflix.com/view_video.php?viewkey=f9cb0798544ad049e8

College Chick Pumped Hard | Free Porn | Sex | Porno at TnaFlix

Apple · Google Maps · Yahoo · Wikipedia · YouTube · News (724) · Popular · ItalicExchange
College Chick Pumped Hard
Gay/Bi · Male Sex Movies · Gay/Bi...

**TnAflix**
Share and watch porn videos

Show me: Straight · Gay · Tranny · Pornstars

HOME   VIDEOS   CATEGORIES   LIVE SEX   DVD/VOD   FREE SEX

Search for videos...   Search   Advanced Search

COLLEGE CHICK PUMPED HARD

Corbin Fisher's AMATEUR COLLEGE SEX
PRESENTS
NICK

©2005 Excelsior Productions. All Rights Reserved. Unauthorized reproduction or distribution of this video, in whole or in part, is a violation of applicable Federal copyright laws and international copyright treaties.

00:01 / 17:25

Rate this video:   Pretty cool   (6 Votes)

Uploaded By: greg18bambi231685
Added: 28 days ago
Categories: Teen Girls 18+, Amateur Porn, Oral Sex & Licking, Ebony Fucking
Tags: College Sex, Fuck, Breasts, Boobs, Jugan, Tits, Chests, Dick, Cock
Description: corbin fisher

Favorites   Share   Embed   Download   Flag

DOWNLOAD!
Low Quality FLV

RELATED VIDEOS • USER'S VIDEOS • PREMIUM SCENES

FaceBook Sluts (18+)

Create Account or Sign in

Feedback  Contact  FAQ  Blog  Jobs  Upload!

AdultFriendFinder   Find sexy girls near San Diego
SOPHISTICATED Ladies
JOIN FOR FREE!

CREATE REVIEW
Write your review now, no need to signup!

LMH-096
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-17

Gabe & GF Fucking |Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/view_video.php?viewkey=28d01d986a712a5e371f

Type a webpage address, and then press Return

# Tnaflix
Share and watch porn videos

Search for videos...   Search

Show me   Straight   Gay   Tranny   Pornstars

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Popular   Advanced Search

Create Account or Sign In

GABE & GF FUCKING

Corbin Fisher's
AMATEUR
COLLEGE SEX
PRESENTS
GABE 2

©2006 Excelsior Productions. All Rights Reserved. Unauthorized reproduction or distribution of this video, in whole or in part, is a violation of applicable Federal copyright laws and international copyright treaties.

Rate this video:   (8 Votes)
Awesome!

00:02 / 12:44

Uploaded By: grealBooboo1995
Added: 26 days ago
Categories: Teen Girls 18+, Amateur Porn, Oral Sex & Licking, Babes Fucking
Tags: College, Sex, Fuck, Breasts, Boobs, Jonas, Tits, Muscle, Dick, Cock
Description: corbin fisher

Favorites   Share   Embed   Download   Flag

DOWNLOAD!
Low Quality FLV

RELATED VIDEOS   USER'S VIDEOS   PREMIUM SCENES

FaceBook Sluts (18+)

OTHER BORING
LIVECAM SITES

Feedback   Contact   Faq   Blog   Jobs   Upload!

CREATE REVIEW

Write your review now, no need to signup!

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-18

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-19

**TnaFlix**
Share and watch porn videos

http://www.tnaflix.com/view_video.php?viewkey=edfc90305c507af86e7e

Aaron and James :Free Porn | Sex | Porno at Tnaflix

Show me: ▷ Straight ▷ Gay ▷ Tranny ▷ Bargain-Us

HOME | VIDEOS   CATEGORIES   DVD/AD   LIVE-SEX   FREE SEX

Search   Advanced Search

Unleash this movie's real power - enjoy in MultiView

AARON AND JAMES

MultiView

# CORBIN FISHER
### AMATEUR COLLEGE MEN®

Aaron Fucks James

00:21 / 20:42

Rate this video:   (3 Voots)
Pretty cool

☆ Favorites   ✎ Share   ⧉ Embed   ⬇ Download   ⚑ Flag

Uploaded By: Uanghry
Added: 28 days ago
Categories: Gay / Bi-Male Sex
Tags: Gay
Description: corbin fisher

● RELATED VIDEOS ● USER'S VIDEOS ● PREMIUM SCENES

FACEBOOK OF SEX

Feedback  Contact  Fag  Blog  Jobs

Create Account or Sign In

ADULT WEBCAM SHOWS NOW IN
LIVEJASMIN.COM

CREATE REVIEW
Write your review now, no need to signup!

LMH-098
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-20

LMH-099
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-21



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-22

TnAflix
Share and watch porn videos

dru cain :Free Porn| Sex | Porno at TnAflix

Show me: ♂ Straight  ♂ Gay  ♥ Tranny  ✗ Personal;o

HOME | VIDEOS | CATEGORIES | LIVE SEX | DVD/HD | FREE SEX

Search  Advanced Search

🔍 Search for videos:

DRU CAIN

MultiView

CORBIN FISHER

AMATEUR COLLEGE MEN®

Unleash this movie's real power - enjoy in MultiView

Play with Friends | Play with Random |

Dru Fucks Cain

00:20 / 24:08

Rate this video: ♡ ♡ ♡ ♡ ♡ (1 Votes!)
Awesome!

Uploaded By: litrinahay
Added: 28 days ago
Categories: Gay / Bukkake Sex
Tags: Gay
Description: corbin fisher

☆ Favorites   ⬀ Share   ⊞ Embed   ⬇ Download   ⚐ Flag

● RELATED VIDEOS ● USER'S VIDEOS ● PREMIUM SCENES

Feedback Contact Faq Blog Jobs

Create Account or Sign In

FaceBook Sluts (18+)

BLovergal23

LIVEJASMIN.COM
ADULT
WEBCAM
SHOWS
NOW IN

GIRLS ___ CAUGHT IN PUBLIC

✎ CREATE REVIEW

Write your review now, no need to signup!

LMH-101
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-23

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-24



LMH-103
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-25



LMH-104
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-26



LMH-105
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-27



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-28

Hot College Bi-Sex Jared & Connor Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/view_video.php?viewkey=3if14929efbbed738f19

Tnaflix
Share and watch porn videos

Show me: Straight Gay Tranny Personalize

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

Create Account or Sign In

Feedback  Contact  Faq  Blog  Jobs  Upload

Search    Advanced Search

HOT COLLEGE BI-SEX JARED & CONNOR

AMATEUR COLLEGE SEX

Jared & Connor's Tag Team

FriendFinder

San Diego
San Diego
San Diego
San Diego
San Diego

Find naughty girls tonight near
San Diego

JOIN FOR FREE!

FaceBook Sluts (18+)

CREATE REVIEW

Write your review now, no need to sign in!

Rate this video:    (7 Votes)
:00:24 / 16:45    Awesome!

Favorites    Share    Embed    Download    Flag

DOWNLOAD!
Low Quality FLV

RELATED VIDEOS  •  USER'S VIDEOS  •  PREMIUM SCENES

Uploaded By: grof8bobbert1985
Added:  2 months ago
Categories: Hardcore Porn Videos, Amateur Porn, Group Sex, Huge Cocks
Tags: Bisexual, Gaygay, Gaysdic, Vaginal, Anal, Fuck, Tits, Boob, Dick, Cock
Description: two hot muscular college jocks tag team a hot tight, juicy college chick and get in some hot bi action.

LMH-107
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-29



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-30



LMH-109
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-31



LMH-110
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-32



LMH-111
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-33



LMH-112
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-34



LMH-113
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-35

LMH-114
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-36

LMH-115
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-37



LMH-116
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-38



LMH-117
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-39



The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-40



LMH-119
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-41



The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-42



Hot College Bi-Sex Elijah & Kenny, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/view_video.php?viewkey=e266fb3ad2da6752d787

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (827)▼   Popular▼   iCal Exchange

View Complaints          Hot College Bi-Sex Elijah & Kenny

# TnAflix
### Share and watch porn videos

Show me:  ☑ Straight   ☑ Gay   ☑ Tranny   ✗ Personalize

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...   **Search**   Advanced Search          Feed

## HOT COLLEGE BI-SEX ELIJAH & KENNY



*Corbin Fisher*

AMATEUR COLLEGE SEX®

Elijah & Kenny's Bi Tag Team

00:23 / 17:57

| | |
|---|---|
| Uploaded By: | greatBoobies1985 |
| Added: | 2 months ago |
| Categories: | Hardcore Porn Videos, Anal & Ass Fucking, Amateur Porn, Group Sex |
| Tags: | Bisexual, Guyguy, Guygirl, Vaginal, Anal, Fuck, Tits, Boob, Dick, Cock |
| Description: | Two hot, muscled college jocks with big hard cocks tag team a tight, juicy little college chick |

Rate this video: ✓ ✓ ✓ ✓ ★ (8 Votes)


Pretty cool

 Favorites    Share    Embed    Download   Flag

LMH-121
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-43

TnaFlix
Share and watch porn videos

http://www.tnaflix.com/NewVideoDoPView?key=5f7z7d6f1df763152449

Show me: ☑Straight ☑Gay ☑Tranny ✗Personals

HOME   VIDEOS   CATEGORIES   Advanced Search

Search for videos:   Search

LIVE SEX   DVD/HD   FREE SEX

Create Account or Sign In
Feedback Contact Faq Blog Jobs   Upload

FriendFinder

GIGTHIRTYFOU   gofuckyourself06
Ipacoll Beach   San Diego

swingnghick
San Diego

Find naughty girls tonight near
San Diego
JOIN FOR FREE!

FaceBook Sluts (18+)

takinOf4ur21  21  El C. Jon

HOT COLLEGE BI-SEX ELIJAH & COLE

MultiView - Unleash this movie's real power - enjoy in MultiView
It now available on the movie!
Play with Related · Play with Random · Add to Playlist   | MultiView Help

AMATEUR COLLEGE SEX®

Elijah & Cole's Bi Tag Team

00:24/17:52

Rate this video: ⚡ ⚡ ⚡ ⚡   (9 Vons)
Pretty cool

Uploaded By: greatBoobba1985
Added: 2 months ago
Categories: Hardcore Porn Videos, Anal & Ass Fucking, Amateur Porn, Group Sex
Tags: Bisexual, Guygay, Guygirl, Vaginal, Anal, Fuck, Tits, Boob, Dick, Cock
Description: Two hot, musced college jocks with big hard dicks tag team a tight juicy little college chick

Favorites   Share   Embed   Download   Flag

LMH-122
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-44



LMH-123
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-45



LMH-124
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.  Should the Court require an un-redacted version, one will be provided.

Exhibit 9-46

Hot College Bi-Sex Dawson & JT, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/view_video.php?view...

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (746) ▼   Popular ▼   Local Exchange
Hot College Bi-Sex Dawson & JT...   Porn's schematics for travel

RSS  ⟳   Q▾ Google

# TnaFlix
Share and watch porn videos

Show me the bookmarks in this folder

🔍 Search for videos.   **Search**   Advanced Search

Show me:  ☑ Straight  ☑ Gay  ● Tranny  ✕ Personalize

HOME | **VIDEOS** | CATEGORIES | DVD/HD | LIVE SEX | FREE SEX

HOT COLLEGE BI-SEX DAWSON & JT

Create Account or Sign In

Feedback  Contact  Faq  Blog  Jobs   Upload ⚙

## FACEBOOK OF SEX

FriendFinder  Fuck real girls near

JOIN FOR FREE!

⏸ ▮▮ 🔊                                         00:24 / 15:52  ◀ 🔊 ▶   (16 Votes)

Rate this video: ✦ ✦ ✦ ✦ ✦
Awesome!

⭐ Favorites    💬 Share    《《 Embed    ⬇ Download    🚩 Flag

Uploaded By : greatBoobies1985
Added:        2 months ago
Categories:   Hardcore Porn Videos, Anal & Ass Fucking, Amateur Porn, Group Sex
Tags:         Bisexual, Guyguy, Guygirl, Vaginal, Anal, Fuck, Tits, Boob, Dick, Cock
Description:  two hot muscular college jocks tag team a hot tight, juicy college chick and get in some hot bi action.

LMH-125
Exhibit 9

The following exhibit contains sexually explicit material, which has been redacted for the Court.   Should the Court require an un-redacted version, one will be provided.

Exhibit 9-47



LMH-126
Exhibit 9



LMH-127
Exhibit 9

Exhibit 9-48



Elijah fucks Josh, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Elijah-fucks-Josh/video113900

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (952)▽   Popular▽   ical Exchange

## T'nA flix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize   @ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   [Search]   Advanced Search

**ELIJAH FUCKS JOSH**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

Elijah Fucks Josh

▌▌  ●   00:21 / 25:17   ↱ ◀)) 🔊 ⬚

**Watch:** High Definition  Low Definition      Download  HD  HQ  MP4  IPOD/PSP  Normal

| | |
|---|---|
| Uploaded By: tyvm | Rate this video: ✓ ✓ ✓ ✓ ✓  (2 Votes) |
| Added: 1 month ago | Awesome! |
| Categories: Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex | |
| Tags: Gay, Anal, Amateur | |
| Description: two guys | |

⌂ Favorites   ⮔ Share   ⟨⟨⟨ Embed   ⬇ Download   ⚑ Flag

Loading  http://www.tnaflix.com/gay-porn/Elijah-fucks-Josh/video113900  completed 46 of 47 items

LMH-128
Exhibit 9

Exhibit 9-49



Elijah fucks Levi, Free Porn | Sex | Porno at Tnaflix

**T'n A flix**
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  ⦿ NEW Tna Video Chat!

HOME    VIDEOS    CATEGORIES    **DVD/HD**    LIVE SEX    FREE SEX

🔍 Search for videos...    | Search |   **Advanced Search**

http://www.tnaflix.com/gay-porn/Elijah-fucks-Levi/video113898

📖 ▦  Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (971)▾  Popular▾  Ical Exchange

**ELIJAH FUCKS LEVI**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Elijah Fucks Levi

⏸ ◉ ━━━━━━━━━━━━━━━━━━━━    00:21 / 20:18  ↗ 🔊 [16:9 HD] ⛶

**Watch:** High Definition  **Low Definition**    **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm
Added: 1 month ago
Categories: Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags: Gay, Anal, Amateur
Description: two guys

Rate this video: ✧ ✧ ✧ ✧ ✧  (2 Votes)
*Awesome!*


Loading http://www.tnaflix.com/gay-porn/Elijah-fucks-Levi/video113898 completed 79 of 80 items

LMH-129
Exhibit 9

Exhibit 9-50



Dru fucks Travis, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Dru-fucks-Travis/video113897

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (971)▼  Popular▼  iCal Exchange

## T'nAflix
Share and watch porn videos

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ✗ Personalize  ☮ **NEW Tna Video Chat!**

**HOME**  **VIDEOS**  **CATEGORIES**  **DVD/HD**  **LIVE SEX**  **FREE SEX**

Search for videos...  |  **Search**  |  **Advanced Search**

### DRU FUCKS TRAVIS

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Dru Fucks Travis Part 1

⏸ ⏺ ━━━━━━━━━━━━━━━━━━━━━━━ 00:20 / 16:05 ↪ 🔊 [16:9] ⛶

**Watch:** High Definition  Low Definition     **Download** HD  HQ  MP4  IPOD/PSP  Normal

| | |
|---|---|
| Uploded By: | tyvm |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex |
| Tags: | Gay, Anal, Amateur |
| Description: | two guys |

Rate this video: ✓ ✓ ✓ ✓ (1 Votes)
*Awesome!*



Loading "http://www.tnaflix.com/gay-porn/Dru-fucks-Travis/video113897" completed 71 of 72 items

LMH-130
Exhibit 9

Exhibit 9-51



Dru fucks Simon, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Dru-fucks-Simon/video113896

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (971)▽   Popular▽   Ical Exchange

# TnAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  ⚲ NEW Tna Video Chat!

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

Search for videos...     [ Search ]    Advanced Search

DRU FUCKS SIMON

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Dru Fucks Simon

00:22 / 21:23

**Watch:** High Definition  Low Definition          **Download** HD  HQ  MP4  IPOD/PSP  Normal

Rate this video:  (0 Votes)
Poor

Uploaded By: tyvm
Added:          1 month ago
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:   two guys

LMH-131
Exhibit 9

Exhibit 9-52



Dru Fucks Josh, — e Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Dru-Fucks-Josh/video113895

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (971)▾  Popular▾  iCal Exchange

# TnAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  @ NEW Tna Video Chat!

HOME  VIDEOS  CATEGORIES  **DVD/HD**  LIVE SEX  FREE SEX

🔍 Search for videos...   [Search]   **Advanced Search**

**DRU FUCKS JOSH**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Dru Fucks Josh Part 1

▐▐  ◉                                          00:20 / 21:52  ↪ ◀)) 16:9 ⛶

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                              Rate this video:   (3 Votes)
Added:        1 month ago                                          Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

LMH-132
Exhibit 9

Exhibit 9-53



Connor fucks Ian, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Connor-fucks-Ian/video113891

📖 📑 | Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (971)▾  Popular▾  ical Exchange

T'naflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ◼ Tranny  ✗ Personalize  ◉ NEW Tna Video Chat!

HOME    VIDEOS    CATEGORIES    **DVD/HD**    LIVE SEX    FREE SEX

🔍 Search for videos...          Search    Advanced Search                    Fe

**CONNOR FUCKS IAN**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Connor Fucks Ian

‖ ⏺                                    00:22 / 17:27  ↱ 🔊 🔳 ⛶

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  iPOD/PSP  Normal

|  |  |
|---|---|
| Uploaded By: | pym |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex |
| Tags: | Gay, Anal, Amateur |
| Description: | two guys |

Rate this video: ★★★★★ (0 Votes)
*Poor*

LMH-133
Exhibit 9

Exhibit 9-54



Connor fucks Dru | Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Connor-fucks-Dru/video113890

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (971)▽  Popular▽  Ical Exchange

# T'nAflix
Share and watch porn videos

Show me:  ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  ◎ NEW Tna Video Chat!

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

Search for videos...          [ Search ]    Advanced Search

CONNOR FUCKS DRU

## CORBIN FISHER
### AMATEUR COLLEGE MEN®

## Connor Fucks Dru

⏸ ▬▬▬○───────────    00:23 / 20:02   ↪ 🔊 16:9/4:3 ⛶

**Watch:**  High Definition  **Low** Definition      **Download**  HD HQ MP4 iPOD/PSP Normal

Uploaded By: 
Added:          1 month ago
Categories:  Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:          Gay, Anal, Amateur
Description:  two guys

Rate this video:  (0 Votes)
Poor

LMH-134
Exhibit 9

Exhibit 9-55



http://www.tnaflix.com/gay-porn/Cain-fucks-Colby/video113888

Apple   Google Maps   Yahoo   Wikipedia   YouTube   News (971)▽   Popular▽   Ical Exchange

# Tnaflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ◼ Tranny  ⚡ Personalize  ◎ NEW Tna Video C

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

🔍 Search for videos...   **Search**   **Advanced Search**

**CAIN FUCKS COLBY**

# CORBIN FISHER

## AMATEUR COLLEGE MEN®

## Cain Fucks Colby

⏸  ⦿  00:23 / 23:27  ↪ 🔊 🔳

**Watch:** High Definition **Low Definition**   **Download** HD HQ MP4 IPOD/PSP Normal

| | | |
|---|---|---|
| Uploaded By: | tyra | |
| Added: | 1 month ago | |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex | |
| Tags: | Gay, Anal, Amateur | |
| Description: | two guys | |

Rate this video: ✓ ✓ ✓ ✓ (1 Votes)
Awesome!



Loading "http://www.tnaflix.com/gay-porn/Cain-fucks-Colby/video113888" completed 42 of 43 items

LMH-135
Exhibit 9

Exhibit 9-56



LMH-136
Exhibit 9

Exhibit 9-57



CORBIN FISHER

AMATEUR COLLEGE MEN

Cade Fucks Connor



00:21 / 17:20

**Watch:** High Definition **Low Definition**   **Download** HD HQ MP4 iPOD/PSP Normal

Uploaded By: bvm                                    Rate this video: ✓ ✓ ✓ ✓ ✓ (2 Votes)
Added:        1 month ago                                                Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

 **Favorites**    **Share**    **Embed**    **Download**    **Flag**

Loading http://www.tnaflix.com/gay-porn/Cade-fucks-Connor/video113883 Completed 41 of 42 items

LMH-137
Exhibit 9

Exhibit 9-58



LMH-138
Exhibit 9

Exhibit 9-59



BRETT FUCKS DYLAN II

18 U.S.C. §2257 Records Keeping Requirements Compliance Stateme

**Corbin Fisher®**

All models depicted herein were at least 18 years old when the depiction was produced. The records required by federal law will be made available by the producer's records custodian at the following location:

Customer Service Manager
3969 4th Ave Studio 300
San Diego, CA 92103

The title of this production is:

**"Brett Fucks Dylan"**



**Watch:** High Definition  Low Definition          **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: tyvm                               Rate this video: ✓ ✓ ✓ ✓ ✓ (2 Votes)
Added:      1 month ago                                          Awesome!
Categories: Anal & Ass Fucking, Amateur Porn, Oral Sex & Licking, Gay / Bi-Male Sex
Tags:       Gay, Anal, Amateur
Description: two guys

Favorites      Share      Embed      Download      Flag

LMH-139
Exhibit 9