Exhibit 9-60



Fucking Trey, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Trey/video113875

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (973)▾   Popular▾   Ical Exchange

# T'nAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ● Tranny  ✗ Personalize  ◎ NEW Tna Video Chat!

**HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX**

🔍 Search for videos...        **Search**    **Advanced Search**

**FUCKING TREY**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Trey

⏸ ⦿ ━━━━━━━━━━━━━━━━━━━━━━━━━━   00:21 / 20:06   ↱ ◀ 16:9 ⤢

**Watch:** High Definition **Low Definition**     **Download** HD HQ_MP4 IPOD/PSP Normal

Uploaded By: tyvm                              Rate this video: ✰ ✰ ✰ ✰ ★ (1 Votes)
Added:       1 month ago                                        *Pretty cool*
Categories:  Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:        Gay, Anal, Amateur
Description: two guys



LMH-140
Exhibit 9

Exhibit 9-61





LMH-141
Exhibit 9

Exhibit 9-62



Fucking Simon, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Simon/video113873

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (973)▼   Popular▼   ical Exchange

## T'nAflix
Share and watch porn videos

Show me: ☑ Straight   ☑ Gay   ☐ Tranny   ✗ Personalize   ⊚ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

🔍 Search for videos...   | Search |   **Advanced Search**

**FUCKING SIMON**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Simon

⏸ ⏺                                         00:22 / 18:43   ↪ ◀ 16:9 ⤢

**Watch:** High  Definition  Low  Definition          **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                               Rate this video: ✧ ✧ ✧ ✧ (1 Votes)
Added:          1 month ago                                          *Awesome!*
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:    two guys

LMH-142
Exhibit 9

Exhibit 9-63



Fucking Owen, Male Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Owen/video113872

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (973)▾   Popular▾   iCal Exchange

Share and watch porn videos

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

🔍 Search for videos...        **Search**   **Advanced Search**

**FUCKING OWEN**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Owen

⏸ ◉                                                      00:21 / 22:16

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyum                                    Rate this video: ✓ ✓ ✓ ✓ (1 Votes)
Added:          1 month ago                                              *Awesome!*
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:    two guys

⭐ **Favorites**   🔗 **Share**   **Embed**   **Download**   🏴 **Flag**



LMH-143
Exhibit 9

Exhibit 9-64



Fucking Kenny, Male Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Kenny/video113868

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (973)▽  Popular▽  Ical Exchange

**Show me:** ☒ **Straight**  ☒ **Gay**  ☐ **Tranny**  ✗ Personalize  ◉ **NEW Tna Video Chat!**

Share and watch porn videos

HOME    VIDEOS    CATEGORIES    **DVD/HD**    LIVE SEX    FREE SEX

Search for videos...    **Search**    **Advanced Search**

FUCKING KENNY

# CORBIN FISHER

## AMATEUR COLLEGE MEN®

### Fucking Kenny Part 1

00:21 / 27:58

**Watch:** High Definition  Low Definition          **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm

Added:          1 month ago                              Rate this video: ★★★★★ (0 Votes)
                                                                              Poor
Categories:  Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex

Tags:          Gay, Anal, Amateur

Description:  two guys

LMH-144
Exhibit 9

Exhibit 9-65



Fucking Micah, Male Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Micah/video113867

**FUCKING MICAH**

# CORBIN FISHER

### AMATEUR COLLEGE MEN•

## Fucking Micah

00:20 / 19:23

**Watch:** High Definition  Low Definition

**Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tvvm
Added:          1 month ago
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:  two guys

Rate this video:   (0 Votes)
Poor

LMH-145
Exhibit 9

Exhibit 9-66



Fucking Ian II, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Ian-II/video113865

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (973) ▾  Popular ▾  Ical Exchange

# T'n A flix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✕ Personalize  ◎ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

🔍 Search for videos...    Search    Advanced Search

**FUCKING IAN II**

# CORBIN FISHER

## AMATEUR COLLEGE MEN

## Fucking Ian 2

⏸ ⏺                                    00:21 / 17:08  ↪ ◀ 16:9 ⤢

Watch: High Definition  Low Definition    Download  HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                                Rate this video: ✓ ✓ ✓ ✓ (1 Votes)
Added:          1 month ago                                          Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:  two guys

Loading "http://www.tnaflix.com/gay-porn/Fucking-Ian-II/video113865" completed 45 of 46 items

LMH-146
Exhibit 9

Exhibit 9-67



LMH-147
Exhibit 9

Exhibit 9-68



http://www.tnaflix.com/gay-porn/Fucking-Elijah-Part-2/video113862

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▽   Popular▽   ical Exchange

# TnAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✕ Personalize  ⊚ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...    **Search**   **Advanced Search**

**FUCKING ELIJAH PART 2**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Elijah Part 2

⏸ ⏹                                          00:22 / 15:16   ⏩ 🔊 16:9 ⬛

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  iPOD/PSP  Normal

Uploaded By: tyvm                         Rate this video: ✓ ✓ ✓ ✓ (3 Votes)
Added:        1 month ago                                      Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

LMH-148
Exhibit 9

Exhibit 9-69



Fucking Elijah Part 1 - Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Elijah-Part-1/video113861

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   ical Exchange

Search for videos...   **Search**   **Advanced Search**

**FUCKING ELIJAH PART 1**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Elijah Part 1

00:21 / 17:33

**Watch:** High Definition  **Low Definition**          **Download** HD HQ MP4 IPOD/PSP Normal

Rate this video:   (0 Votes)
Poor

| | |
|---|---|
| Uploaded By: | tyvm |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex |
| Tags: | Gay, Anal, Amateur |
| Description: | two guys |



**Favorites**      **Share**      **Embed**      **Download**      **Flag**

LMH-149
Exhibit 9

    
Loading http://www.tnaflix.com/gay-porn/Fucking-Elijah-Part-1/video113861 completed 35 of 36 items

Exhibit 9-70



LMH-150
Exhibit 9

Exhibit 9-71



Fucking Cole Part Three Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Cole-Part-1/video113859

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   ical Exchange

**FUCKING COLE PART 1**

# CORBIN FISHER

### AMATEUR COLLEGE MEN

## Fucking Cole Part 1

00:21 / 17:52

**Watch:** High Definition  Low Definition

**Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:  tyvm
Added:  1 month ago
Categories:  Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:  Gay, Anal, Amateur
Description:  two guys

Rate this video:  (0 Votes)
 Poor

LMH-151
Exhibit 9

Exhibit 9-72



Fucking Cole Part 2 Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Cole-Part-2/video113858

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   Ical Exchange

Share and watch porn videos    **HOME**    **VIDEOS**    **CATEGORIES**    **DVD/HD**    **LIVE SEX**    **FREE SEX**

🔍 Search for videos...    **Search**    **Advanced Search**

**FUCKING COLE PART 2**

# CORBIN FISHER

### AMATEUR COLLEGE MEN

## Fucking Cole Part 2

⏸ 🔊                                        00:23 / 11:34    ↪ 🔊 16:9 ⛶

**Watch:** High  Definition  Low  Definition          **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                                    Rate this video: ✧ ✧ ✧ ✧ ✧ (1 Votes)
Added:          1 month ago                                                    *Awesome!*
Categories:    Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:          Gay, Anal, Amateur
Description:    two guys

⭐ **Favorites**      🔄 **Share**       **Embed**      ⤓ **Download**      🚩 **Flag**



LMH-152
Exhibit 9

Exhibit 9-73



Fucking Colby Part - Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Colby-Part-2/video113857

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)∨   Popular∨   ical Exchange

# T'nAflix
Share and watch porn videos

Show me: ☑ **Straight**   ☑ **Gay**   ☐ **Tranny**   ⚲ Personalize   ☺ **NEW Tna Video Chat!**

**HOME**   **VIDEOS**   **CATEGORIES**   **DVD/HD**   **LIVE SEX**   **FREE SEX**

Search for videos...   **Search**   **Advanced Search**

**FUCKING COLBY PART 2**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Colby Part 2

 00:22 / 14:18    

**Watch:** High  Definition  **Low  Definition**          **Download** HD  HQ  MP4  IPOD/PSP  Normal

| | |
|---|---|
| Uploaded By: | tyvm |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex |
| Tags: | Gay, Anal, Amateur |
| Description: | two guys |

Rate this video: ✓ ✓ ✓ ✓  (2 Votes)
*Awesome!*



LMH-153
Exhibit 9

Exhibit 9-74



**FUCKING BRODY PART 1**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

Fucking Brody

00:21 / 25:32

**Watch:** High Definition  Low Definition          **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm
Added:          1 month ago
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:            Gay, Anal, Amateur
Description:  two guys

Rate this video:  (0 Votes)
Poor

LMH-154
Exhibit 9

Exhibit 9-75



Fucking Colby Part | Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Colby-Part-1/video113855

Apple    Google Maps    Yahoo!    Wikipedia    YouTube    News (974)▽    Popular▽    Ical Exchange

# T'nAflix
Share and watch porn videos

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ✗ Personalize  ◎ **NEW Tna Video Chat**

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

🔍 Search for videos...        Search    **Advanced Search**

**FUCKING COLBY PART 1**

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## Fucking Colby

⏸ ◉                                    00:21 / 18:37  ⤨ 🔊 16:9/4:3 ⛶

**Watch:** High  Definition  **Low**  Definition          **Download**  HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:  tyvm                         Rate this video: ⭐⭐⭐⭐⭐ (0 Votes)
Added:        1 month ago                                        Poor
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

LMH-155
Exhibit 9

Exhibit 9-76



Fucking Brett, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Brett/video113853

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▽   Popular▽   Ical Exchange

**TnAflix**
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  ◉ **NEW Tna Video Chat!**

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...   **Search**   **Advanced Search**

**FUCKING BRETT**

# CORBIN FISHER

### AMATEUR COLLEGE MEN•

## Fucking Brett

⏸ ◉ ─────────────────────────── 00:20 / 20:53

**Watch:** High Definition **Low Definition**   **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By:  tyvm
Added:        1 month ago                    Rate this video:   (0 Votes)
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex        Poor
Tags:         Gay, Anal, Amateur
Description:  two guys

LMH-156
Exhibit 9

Exhibit 9-77



LMH-157
Exhibit 9

Exhibit 9-78



Lucas fucks Brody free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Lucas-fucks-Brody/video113841

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▽   Popular▽   iCal Exchange

Share and watch porn videos

**HOME     VIDEOS     CATEGORIES     DVD/HD     LIVE SEX     FREE SEX**

Search for videos...          **Search**     **Advanced Search**

LUCAS FUCKS BRODY

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Lucas Fucks Brody



00:21 / 22:15

**Watch:** High Definition  Low Definition          **Download** HD HQ MP4 IPOD/PSP  Normal

Uploaded By: ttvm                                    Rate this video: ★★★★★ (0 Votes)
Added:          1 month ago                                         Poor
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:    two guys

☆✛ **Favorites**    🕸 **Share**    ▦ **Embed**    ⤵ **Download**    ⚑ **Flag**

LMH-158
Exhibit 9

Loading http://www.tnaflix.com/gay-porn/Lucas-fucks-Brody/video113841 completed 36 of 37 items

Exhibit 9-79



Josh fucks Brody, Free Porn | Sex | Porno at Tnaflix

◄ ► + http://www.tnaflix.com/gay-porn/Josh-fucks-Brody/video113840

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   Ical Exchange

Search for videos...   **Search**   **Advanced Search**

**JOSH FUCKS BRODY**

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## Josh Fucks Brody

 00:21 / 17:54   

**Watch:** High Definition  **Low Definition**     **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: wm                                    Rate this video: ✧ ✧ ✧ ✧ ✧  (1 Votes)
Added:        1 month ago                                              Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

⭐ Favorites    Share    Embed    Download    ⚑ Flag

LMH-159
Exhibit 9

Exhibit 9-80



Josh fucks Brody, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Josh-fucks-Brody/video113840

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   ical Exchange

Search for videos...    **Search**    **Advanced Search**

**JOSH FUCKS BRODY**

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## Josh Fucks Brody



00:21 / 17:54

**Watch:** High Definition  **Low  Definition**    **Download**  HQ  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                           Rate this video: ✓ ✓ ✓ ✓ ✓ (1 Votes)
Added:        1 month ago                                              *Awesome!*
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

**Favorites**    **Share**    **Embed**    **Download**    **Flag**



Loading "http://www.tnaflix.com/gay-porn/Josh-fucks-Brody/video113840". Completed 36 of 37 items.

LMH-160
Exhibit 9

Exhibit 9-81



Josh fucks Simon | Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Josh-fucks-Simon/video113839

Apple    Google Maps    Yahoo!    Wikipedia    YouTube    News (974)▾    Popular▾    ical Exchange

Search for videos...          **Search**      **Advanced Search**

**JOSH FUCKS SIMON**

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## Josh Fucks Simon

 00:22 / 13:31   

**Watch:** High Definition  Low Definition        **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: fyvm
Added:          1 month ago
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Anal, Amateur
Description:    two guys

Rate this video: ★★★★★ (0 Votes)
Poor

 **Favorites**    **Share**   **Embed**   **Download**   **Flag**

LMH-165
Exhibit 9

Exhibit 9-82



Joel fucks Jeff, Male Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Joel-fucks-Jeff/video113838

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)▾   Popular▾   ical Exchange

Share and watch porn videos

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...    **Search**    **Advanced Search**

JOEL FUCKS JEFF

# CORBIN FISHER

### AMATEUR COLLEGE MEN

## Joel Fucks Jeff

00:21 / 21:46    16:9

**Watch:** High Definition  **Low Definition**       **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By:  tyvm                                    Rate this video: ✧ ✧ ✧ ✧ ✧  (1 Votes)
Added:        1 month ago                                              Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Anal, Amateur
Description:  two guys

Favorites    Share    Embed    Download    Flag

● RELATED VIDEOS ● USER'S VIDEOS ● PREMIUM SCENES

LMH-166
Exhibit 9

Loading http://www.tnaflix.com/gay-porn/Joel-fucks-Jeff/video113838... completed 41 of 42 items

Exhibit 9-83



Jamie fucks Levi HUGE Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Jamie-fucks-Levi-HUGE/video113837

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (974)∨   Popular∨   Ical Exchange

# T'nAflix
### Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ■ Tranny  ✗ Personalize  @ **NEW Tna Video Chat!**

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

🔍 Search for videos...      **Search**    **Advanced Search**

JAMIE FUCKS LEVI HUGE

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Jamie Fucks Levi

⏸ ◉ ━━━━━━━━━━━━━━━   00:22 / 21:44  ➡ 🔊 16:9 ⛶

**Watch:** High Definition **Low Definition**    Download HD HQ MP4 IPOD/PSP Normal

Uploaded By: tyvm

Added: 1 month ago

Categories: Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex

Tags: Gay, Anal, Amateur

Description: two guys

Rate this video: ✧ ✧ ✧ ✧ ✧  (6 Votes)
*Awesome!*



⭐ Favorites    🎵 Share    ♒ Embed    🔄 Download    Flag

LMH-167
Exhibit 9



Exhibit 9-84



Fucking Zeke, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Zeke/video113836

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (985)▾   Popular▾   Ical Exchange

# T'nAflix
Share and watch porn videos

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ✗ Personalize  @ **NEW Tna Video Chat!**

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...    **Search**   **Advanced Search**

**FUCKING ZEKE**

# CORBIN FISHER

### AMATEUR COLLEGE MEN

## Fucking Zeke

⏸ ⏺ ─────────────────────── 00:22 / 24:21 ↱ 🔊 16:9

**Watch:** High Definition  **Low Definition**      **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: tyym
Added:         1 month ago
Categories:    Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:          Gay, Anal, Amateur
Description:   two guys

Rate this video: ✓ ✓ ✓ ✓ ✓  (2 Votes)
Awesome!

LMH-168
Exhibit 9

⭐ **Favorites**   ✉ **Share**   ✄ **Embed**   ⬇ **Download**   ⚑ **Flag**

Loading "http://www.tnaflix.com/gay-porn/Fucking-Zeke/video113836", completed 53 of 54 items

Exhibit 9-85

Brody, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Brody/video113748

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (987)▾   Popular▾   Ical Exchange

# T'nAflix
### Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✕ Personalize  @ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   Search   Advanced Search   Feedback

BRODY

QUIT





‖  ◉                                    00:20 / 19:43

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                         Rate this video: ✰ ✰ ✰ ✰ ✰ (1 Votes)
Added:        1 month ago                              Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Amateur, Gay, Anal
Description:  hot guys. girl watching

★ Favorites   ⊶ Share   ⋘ Embed   ⤓ Download   ⚑ Flag



Loading "http://www.tnaflix.com/gay-porn/Brody/video113748", completed 53 of 54 items

LMH-169
Exhibit 9

Exhibit 9-86



Fucking Troy, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Troy/video113742

Apple · Google Maps · Yahoo! · Wikipedia · YouTube · News (987)▾ · Popular▾ · Ical Exchange

**T'nAflix**
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ▪ Tranny  ✕ Personalize  @ **NEW Tna Video Chat!**

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

🔍 Search for videos...     Search    **Advanced Search**    **Feedba**

**FUCKING TROY**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Troy

⏸ ━━●━━━━━━━━━━━━━━━  00:21 / 06:37  ↱ 🔊 16:9  4:3 ▭

**Watch:** High Definition  Low Definition      **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: ryyra                                 Rate this video: ⭐⭐⭐⭐⭐ (0 Votes)
Added:          1 month ago                                                              Poor
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Amateur, Gay, Anal
Description:    two guys fuck

👍 Favorites    🔁 Share    ✂ Embed    ⬇ Download    🏳 Flag

LMH-170
Exhibit 9

Exhibit 9-87





00:27 / 07:00

Watch: **High Definition** **Low Definition**    Download **HD** **HQ** **MP4** **IPOD/PSP** **Normal**

Uploaded By: **tvvm**
Added:        1 month ago
Categories:   **Anal & Ass Fucking**, **Amateur Porn**, **Gay / Bi Male Sex**
Tags:         **Amateur**, **Gay**, **Anal**
Description:  two guy fuck

Rate this video: ⭐⭐⭐⭐⭐ (1 Votes)
Awesome!

 Favorites    Share    Embed    Download   Flag

LMH-171
Exhibit 9

Loading "http://www.tnaflix.com/gay-porn/Fucking-Todd/video113741", completed 49 of 50 items

Exhibit 9-88



Jonas fucks Colby, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Jonas-fucks-Colby/video113686

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (987)▽   Popular▽   Ical Exchange

## T'nA flix
Share and watch porn videos

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ⤨ Personalize   ☺ **NEW Tna Video Chat!**

**HOME**   **VIDEOS**   **CATEGORIES**   **DVD/HD**   **LIVE SEX**   **FREE SEX**

🔍 Search for videos...   **Search**   **Advanced Search**

JONAS FUCKS COLBY

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Jonas Fucks Colby

**WATCH THIS MOVIE IN HD NOW!**    CLOSE ✕

⏸ ⏺───────────────────── 00:22 / 18:52   360p ▲   ↪ 🔊   📺

**Watch:** High Definition Low Definition          **Download** HD HQ MP4 iPOD/PSP Normal

Uploaded By:           Rate this video: ★★★★★ (0 Votes)
Added:          1 month ago                                   Poor
Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Amateur, Anal
Description:    gay college guys

⭐ **Favorites**    **Share**    **Embed**   ↻ **Download**

LMH-172
Exhibit 92

Canceled opening the page

Exhibit 9-89



Fucking Mark, F...| Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Mark/video113677

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (987)▾   Popular▾   Ical Exchange

**Tna flix**
Share and watch porn videos

Show me: ☑ Straight   ☑ Gay   ☐ Tranny   ⚡ Personalize   ⚲ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   **Search**   Advanced Search

FUCKING MARK

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Mark

WATCH THIS MOVIE IN HD NOW!      CLOSE ✕

  00:20 / 16:43   360p ▲   ↻   ◀× 

**Watch:** High Definition  Low Definition      **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:  tyvm
Added:  1 month ago
Categories:  Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:  Gay, Amateur, Anal
Description:  straight boy

Rate this video:  ✧ ✧ ✧ ✧ ✧   (2 Votes)
*Awesome!*

✚ Favorites      Share      ⛶ Embed      ⬇ Download

LMH-173
Exhibit 9

Exhibit 9-90



Dru and Ethan, Gay Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Dru-and-Ethan/video113676

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (987) ▾  Popular ▾  ical Exchange

# TnAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Pornospize  @ **NEW Tna Video Chat**

HOME  VIDEOS  CATEGORIES  DVD/HD  LIVE SEX  FREE SEX

🔍 Search for videos...    **Search**  **Advanced Search**

**DRU AND ETHAN**

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## Dru Fucks Ethan

WATCH THIS MOVIE IN HD NOW!     CLOSE ✕

⏸ ⏺ ────────────────  00:20 / 17:41 | 360p ▲ | ↪ 🔊 | 16:9 | ⛶

**Watch:** High Definition **Low Definition**    **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: tyym        Rate this video: ✓ ✓ ✓ ✓ ✓  (3 Votes)
Added:          1 month ago                              Awesome!
Categories:     Anal & Ass Fucking, Amateur Porn, Oral Sex & Licking, Gay / Bi-Male Sex
Tags:           Gay, Amateur, Anal
Description:    more boys

⭐ **Favorites**    📷 **Share**    ▦ **Embed**    ↻ **Download**    ⚑ **Flag**

 

    

Loading "http://www.tnaflix.com/gay-porn/Dru-and-Ethan/video113676" completed 52 of 53 items

LMH-174
Exhibit 9

Exhibit 9-91



Cain and Lucas, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Cain-and-Lucas/video113675

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (987)▾   Popular▾   Ical Exchange

# T'n**Aflix**
Share and watch porn videos

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ✗ Personalize   @ **NEW Tna Video Chat!**

**HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX**

Search for videos...   **Search**   **Advanced Search**

**CAIN AND LUCAS**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Cain Fucks Lucas

**WATCH THIS MOVIE IN HD NOW!**    CLOSE ✕

‖ ⏺                                         00:21 / 21:02   360p ▲  ↪  🔊  ▦ ▦

**Watch:** High Definition  **Low Definition**        **Download**  HD  HQ  MP4  iPOD/PSP  Normal

Uploaded By: nvm                          Rate this video: ✓ ✓ ✓ ✓ ✓  (2 Votes)
Added:        1 month ago                                      Awesome!
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Amateur, Anal
Description:  more boys

 Favorites    Share    Embed    Download    Flag

Loading "http://www.tnaflix.com/gay-porn/Cain-and-Lucas/video113675" completed 49 of 50 items

LMH-175
Exhibit 9

Exhibit 9-92



Aaron & Dru, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Aaron-Dru/video113670

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (987)▽   Popular▽   ical Exchange

**T'nAflix**
Share and watch porn videos

Show me:  ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  ◎ NEW Tna Video Chat!

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   **Search**   Advanced Search

AARON & DRU

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Aaron Fucks Dru

WATCH THIS MOVIE IN HD NOW!    CLOSE ✗

00:21 / 18:44   360p ▲      

**Watch:** High  Definition  **Low  Definition**   **Download**  HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:  brvm
Added:          1 month ago
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Gay, Amateur, Anal
Description:   gay boys

Rate this video: ✧ ✧ ✧ ✧ ✧  (4 Votes)
Awesome!

 Favorites    Share     Embed    Download    Flag

Loading "http://www.tnaflix.com/gay-porn/Aaron-Dru/video113670", completed 43 of 44 items

LMH-176
Exhibit 9

Exhibit 9-93



Fucking ethan, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-ethan/video113667

📖 ▦   Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▽   Popular▽   Ical Exchange

# T'nAflix
Share and watch porn videos

Show me:  ☑ Straight   ☑ Gay   ☐ Tranny   ✗ Personalize   ⚙ NEW Tna Video Chat!

**HOME**   **VIDEOS**   **CATEGORIES**   **DVD/HD**   **LIVE SEX**   **FREE SEX**

🔍 Search for videos...   **Search**   Advanced Search

## FUCKING ETHAN

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Fucking Ethan

⏸  ⦿ ─────────────────────   00:22 / 23:14   360p ▲   ↪  🔊   16:9   ⛶

**Watch:** High Definition Low Definition        Download  HD  HQ  MP4  IPOD/PSP  Normal

| | |
|---|---|
| Uploaded By: | tyvm |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex |
| Tags: | Gay, Amateur, Anal |
| Description: | straight |

Rate this video: ✩ ✩ ✩ ✩ ✩   (3 Votes)
Awesome!

☆ Favorites      🖐 Share      Embed      Download      Flag

Loading "http://www.tnaflix.com/gay-porn/Fucking-ethan/video113667", completed 41 of 42 items

LMH-177
Exhibit 9

Exhibit 9-94

Cain and Levi, F... Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Cain-and-Levi/video113666

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▼   Popular▼   Ical Exchange



**T'nAflix**
Share and watch porn videos

Show me: ✓ **Straight**  ✓ **Gay**  ☐ **Tranny**  ✗ Personalize  @ **NEW Tna Video Chat!**

**HOME**   **VIDEOS**   **CATEGORIES**   **DVD/HD**   **LIVE SEX**   **FREE SEX**

Search for videos...   **Search**   **Advanced Search**

CAIN AND LEVI

# CORBIN FISHER

### AMATEUR COLLEGE MEN•

## Cain Fucks Levi

**WATCH THIS MOVIE IN HD NOW!**    CLOSE ✕

⏸  ⏺        00:21 / 21:57   360p ▲   ↪  🔊   ▣ ⬜

**Watch:** High Definition   Low Definition        **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:  tyvm                     Rate this video: ✓ ✓ ✓ ✓ ✓  (2 Votes)
Added:        1 month ago                                              *Awesome!*
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi Male Sex
Tags:         Gay, Amateur, Anal
Description:  hot straight boys

LMH-178
Exhibit 9

 **Favorites**    **Share**    **Embed**    **Download**    **Flag**

Loading "http://www.tnaflix.com/gay-porn/Cain-and-Levi/video113666"; completed 48 of 749 items

Exhibit 9-95



Dru & Trey, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Dru-Trey/video113663

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▽   Popular▽   Ical Exchange

**T'nAflix**
Share and watch porn videos

Show me:  ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ⚲ Personalize   @ **NEW Tna Video Chat!**

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   **Search**   **Advanced Search**

DRU & TREY

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Dru Fucks Trey

WATCH THIS MOVIE IN HD NOW!    CLOSE ✕

⏸ ⏺━━━━━━━━━━━━━━━━━━━━━━   00:22 / 20:12   360p ▲   ↗   🔊   16:9 HD   ⛶

**Watch:** High Definition  Low Definition      **Download** HD  HQ  MP4  IPOD/PSP  Normal

| | |
|---|---|
| Uploaded By:  | Rate this video: ✓ ✓ ✓ ✓ ✓  (2 Votes)   |
| Added:          1 month ago | Awesome! |
| Categories:     Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex | |
| Tags:           Gay, Amateur, Anal | |
| Description:    more college boys | |

⭐ **Favorites**    🔗 **Share**    ▦ **Embed**    ⬇ **Download**    🚩 **Flag** 

LMH-179
Exhibit 9

Loading "http://www.tnaflix.com/gay-porn/Dru-Trey/video113663", completed 39 of 40 items

Exhibit 9-96

ethans first time, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/ethans-first-time/video104663

📖 🏠 Apple Google Maps Yahoo! Wikipedia YouTube News (989) ▾ Popular ▾ Ical Exchange

# T'nAflix
Share and watch porn videos

Show me: ☑ **Straight** ☑ **Gay** ☐ **Tranny** ✗ Personalize @ **NEW Tna Video Chat!**

**HOME** **VIDEOS** **CATEGORIES** **DVD/HD** **LIVE SEX** **FREE SEX**

🔍 Search for videos...  |  **Search**  **Advanced Search**

**ETHANS FIRST TIME**



# CORBIN FISHER

### AMATEUR COLLEGE MEN•

### Ethan's First Time

**WATCH THIS MOVIE IN HD NOW!**  CLOSE ✕

⏸ ⏺  00:20 / 21:38  360p ▲  ↪ 🔊  

**Watch:** High Definition **Low Definition**   **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: 
Added: 4 months ago
Categories: Gay / Bi-Male Sex
Tags: Ethan, Time
Description: ethan and travis

Rate this video:  (7 Votes)
 Awesome!

⭐ **Favorites**    **Share**    **Embed**    **Download**    **Flag**

Loading "http://www.tnaflix.com/gay-porn/ethans-first-time/video104663" completed 49 of 50 items

LMH-180
Exhibit 9

Exhibit 9-97



Ethan & Brody Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Ethan-Brody/video113662

Apple  Google Maps  Yahoo!  Wikipedia  YouTube  News (989)▾  Popular▾  ical Exchange

# TnAflix
Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ✗ Personalize  **NEW Tna Video Cl**

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...   [ Search ]   **Advanced Search**

**ETHAN & BRODY**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Ethan Fucks Brody


WATCH THIS MOVIE IN HD NOW!   CLOSE ✕

⏸ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   00:21 / 21:00   360p ▲  ↱  🔊  16:9  ⛶

**Watch:** High Definition  Low Definition        **Download** HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: tyvm                        Rate this video: ✰ ✰ ✰ ✰ ✰  (1 Votes)
Added:        1 month ago                                   *Awesome!*
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Gay, Amateur, Anal
Description:  two college boys

 **Favorites**    **Share**    **Embed**    **Download**    **Flag**

Loading http://www.tnaflix.com/gay-porn/Ethan-Brody/video113662, completed 47 of 48 items

LMH-181
Exhibit 9

Exhibit 9-98



Connor fucks Tay... Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Connor-fucks-Taylor/video113660

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▾   Popular▾   Ical Exchange

# T'nAflix
Share and watch porn videos

Show me:  ☑ Straight   ☑ Gay   ☐ Tranny   ✗ Personalize   ☉ NEW Tna Video Cha...

HOME   VIDEOS   CATEGORIES   **DVD/HD**   LIVE SEX   FREE SEX

Search for videos...   **Search**   Advanced Search

**CONNOR FUCKS TAYLOR**

# CORBIN FISHER
### AMATEUR COLLEGE MEN®

## Connor Fucks Taylor


WATCH THIS MOVIE IN HD NOW!   CLOSE ✕

⏸ ● ─────────────────────   00:20 / 23:03   360p ▲   ↪ 🔊 16:9 ⛶

**Watch:** High Definition Low Definition      **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: tyvm                               Rate this video: ★★★★★ (0 Votes)
Added:        1 month ago                                      Poor
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Shemale Sex
Tags:         Gay, Amateur, Anal
Description:  two college boys

✦ **Favorites**      🤝 **Share**      ▦ **Embed**      ⤓ **Download**      🏳 **Flag**

LMH-182
Exhibit 9

Exhibit 9-99



Cain Fucks Brody, Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Cain-Fucks-Brody/video113659

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▽   Popular▽   Ical Exchange

# TnAflix
Share and watch porn videos

Show me:  ☑ Straight  ☑ Gay  ● Tranny  ✗ Personalize   ◎ **NEW Tna Video Chat!**

**HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX**

🔍 Search for videos...        **Search**   **Advanced Search**

## CAIN FUCKS BRODY

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Cain Fucks Brody

 WATCH THIS MOVIE IN HD NOW!   CLOSE ✕

⏸ ⏺ ━━━━━━━━━━━━━━━━━━━━   00:20 / 25:38   360p ▲   ↪ 🔊   

**Watch:**  **High  Definition  Low  Definition**        **Download  HD  MP4  Normal**

| | |
|---|---|
| Uploaded By: | *tyvm* |
| Added: | 1 month ago |
| Categories: | Anal & Ass Fucking, Amateur Porn, Gay / Bi Male Sex |
| Tags: | Gay, Amateur, Anal |
| Description: | two college men |

Rate this video: ✓ ✓ ✓ ✓ ✓ (3 Votes)
Awesome!

 **Favorites**    **Share**    **Embed**    **Download**   🚩 **Flag**

LMH-183
Exhibit 9

Exhibit 9-100



The Twins Tag Travis | Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/The-Twins-Tag-Travis/video113657

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▽   Popular▽   ical Exchange

Show me:  ☑ Straight   ☑ Gay   ■ Tranny   ✗ Personalize   ⊚ NEW Tna Video Chat

**HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX**

🔍 Search for videos...          **Search**    **Advanced Search**

## THE TWINS TAG TRAVIS

# CORBIN FISHER

### AMATEUR COLLEGE MEN*

## The Twins Tag Travis

WATCH THIS MOVIE IN HD NOW!            CLOSE ✕

‖  ⏺                              00:21 / 16:40    360p ▲   ↪ 🔊   16:9   ⛶

**Watch:**  High  Definition  Low  Definition          **Download**  HD  HQ  MP4  iPOD/PSP  Normal

Uploaded By: tuvm                         Rate this video: ✓ ✓ ✓ ✓ ⭐ (1 Votes)
Added:        1 month ago                                    *Pretty cool*
Categories:   Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Twinks, Gay, Amateur, Anal
Description:  HOT

Favorites   Share   Embed   Download   ⚑ Flag

Loading "http://www.tnaflix.com/gay-porn/The-Twins-Tag-Travis/video113657" completed 50 of 51 items

LMH-184
Exhibit 9

Exhibit 9-101

http://www.tnaflix.com/gay-porn/Brent-Ryan/video109438

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▽   Popular▽   Ical Exchange

# T'nAflix
**Share and watch porn videos**

Show me: ☑ **Straight**   ☑ **Gay**   ☐ **Tranny**   ✗ Personalize   ⊚ **NEW Tna Video Chat**

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

🔍 Search for videos...   **Search**   Advanced Search

## BRENT & RYAN



CORBIN FISHER'S AMATEUR COLLEGE MEN™ PRESENTS BRENT & RYAN'S FLIP FLOP

©2006 Excelsior Productions. All Rights Reserved. Unauthorized reproduction or distribution of this video, in whole or in pa... copyright laws and internati...

WATCH THIS MOVIE IN HD NOW!   CLOSE ✕

⏸ ◯━━━━━━━━━━━━━━━━━━   00:02 / 20:27   360p ▲   ↱ 🔊   16:9   ▣

**Watch:** High Definition  Low Definition          **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: Anonymous                          Rate this video: ✧ ✧ ✧ ✧ ★  (7 Votes)
Added:        2 months ago                                      *Pretty cool*
Categories:   Hardcore Porn Videos, Anal & Ass Funking, Amateur Porn, Gay / Bi-Male Sex
Tags:         Anal, Guyguy, Fuck, Cock, Dick, College
Description:  straight college guys flip flop fuck each other.

LMH-185
Exhibit 9

 **Favorites**    **Share**    **Embed**    **Download**   **Flag**

Exhibit 9-102



Fucking Spence, ...e Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Fucking-Spence/video109464

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (989)▾   Popular▾   ical Exchange

T'nAflix
**Share and watch porn videos**

Show me: ☑ **Straight**  ☑ **Gay**  ☐ **Tranny**  ⚔ Personalize  ⚲ **NEW Tna Video Chat**

HOME    VIDEOS    CATEGORIES    DVD/HD    LIVE SEX    FREE SEX

🔍 Search for videos...    **Search**    **Advanced Search**

FUCKING SPENCE



©2006 Excelsior Productions, All Rights Reserved. Unauthorized reproduction or distribution of this video, in whole or in part, is a violation of applicable Federal copyright laws and international copyright treaties.

**CLOSE ✕**

WATCH THIS MOVIE IN HD NOW!



❚❚ ⦿  00:01 / 18:17  │ 360p ▲ │ ↱ ◀ │ 16:9 │ ⛶

**Watch:** High Definition  Low Definition           Download  HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By: Anonymous
Added:           2 months ago                                Rate this video: ✧ ✧ ✧ ✧ ✧  (3 Votes)
Categories:   Hardcore Porn Videos, Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex    Awesome!
Tags:           Anal, Guyguy, Dick, Cock, College, Fuck
Description:   college guy gets fucked hard.

 Favorites    Share    Embed   Download   Flag

LMH-186
Exhibit 9

Exhibit 9-103

Lucas & Ryan, F Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Lucas-Ryan/video109137

Apple    Google Maps    Yahoo    Wikipedia    YouTube    News (990)▾    Popular▾    Ical Exchange

# TnAflix
**Share and watch porn videos**

Show me: ☑ **Straight**  ☑ **Gay**  ■ **Tranny**  ✕ Personalize  @ **NEW Tna Video Chat!**

HOME    VIDEOS    CATEGORIES    **DVD/HD**    LIVE SEX    FREE SEX

🔍 Search for videos...    **Search**    **Advanced Search**

## LUCAS & RYAN



00:02 / 18:38    360p ▲

**Watch:** High Definition **Low Definition**    **Download** HD HQ MP4 IPOD/PSP Normal

Uploaded By: Anonymous
Added:           2 months ago
Categories:   Hardcore Porn Videos, Anal & Ass Fucking, Amateur Porn, Gay / Bi-Male Sex
Tags:           Anal, Fuck, Guyguy, Timo, College
Description:   a straight college guy gets fucked for the first time.

Rate this video: (6 Votes)
Awesome!

 **Favorites**     **Share**     **Embed**     **Download**    🏳 **Flag**

LMH-187
Exhibit 9

Exhibit 9-104



Huge Cock Gay Sex Free Porn | Sex | Porno at Tnaflix

http://www.tnaflix.com/gay-porn/Huge-Cock-Gay-Sex/video106031

Apple   Google Maps   Yahoo!   Wikipedia   YouTube   News (990)▾   Popular▾   ical Exchange

Share and watch porn videos

Show me: ☑ Straight  ☑ Gay  ☐ Tranny  ⚲ Personalize  ⊘  NEW Tna Video Ch

HOME   VIDEOS   CATEGORIES   DVD/HD   LIVE SEX   FREE SEX

Search for videos...   **Search**   Advanced Search

**HUGE COCK GAY SEX**

# CORBIN FISHER

### AMATEUR COLLEGE MEN®

## Jamie Fucks Travis

WATCH THIS MOVIE IN HD NOW!   CLOSE ✕

‖  ◉   00:22 / 23:31   360p ▲   ↱  🔊  16:9  ⛶

**Watch:** High Definition  Low Definition      Download  HD  HQ  MP4  IPOD/PSP  Normal

Uploaded By:                     Rate this video: ✓ ✓ ✓ ✓ ✓  (17 Votes)
Added:        3 months ago                                          Awesome!
Categories:    
Tags:         Cook, Dick, Gay, Sex, Teen, Amateur
Description:  Huge Cock Gay Sex

★+ Favorites      Share      Embed      Download      Flag

   

LMH-188
Exhibit 9

**JS 44** (Rev. 12/07) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Liberty Media Holdings, LLC

**DEFENDANTS**

Youngtek Solutions d/b/a TNAFlix.com, "Frank," Doe 1, Doe 2, and Does 3-500

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Marc J. Randazza, Randazza Legal Group, SBN 269535
302 Washington Street, Suite 321, San Diego, CA 92103
619-866-5975, 619-866-5976 (fax)

Attorneys (If Known)

'10 CV 1972 JAH POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 101
Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** $15,600,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  9/21/10

SIGNATURE OF ATTORNEY OF RECORD  9/21/10

**FOR OFFICE USE ONLY**

RECEIPT # 8304  AMOUNT $350 -  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS018306
Cashier ID: bhartman
Transaction Date: 09/21/2010
Payer Name: MARC J RANDAZZA PA
-----------------------------------
CIVIL FILING FEE
 For: LIBERTY MEDIA V YOUNGTEK
 Case/Party: D-CAS-3-10-CV-001972-001
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 1059
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```