Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LIBERTY MEDIA HOLDINGS, LLC

vs

YOUNGTEK SOLUTIONS LTD.
D/B/A TNAFLIX.COM, "FRANK,"
DOE 1, DOE 2 AND DOES 3-500

FILED
10 SEP 21 PM 3:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 10 - CV - 1972

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc J. Randazza, Esq.
Randazza Legal Group
302 Washington St., Suite 321
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

Y. BARAJAS

By _____, Deputy Clerk

9/21/2010
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)