Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 SEP 21 PM 3: 30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

LIBERTY MEDIA HOLDINGS, LLC

vs

YOUNGTEK SOLUTIONS LTD.
D/B/A TNAFLIX.COM, "FRANK,"
DOE 1, DOE 2 AND DOES 3-500

**SUMMONS IN A CIVIL ACTION**
Case No. 10 - CV - 1972

TO: (Name and Address of Defendant)
"Frank"
Alvonos 1 Maria House
Nicosia, Cyprus 1075
admin@tnaflix.com
dmca@tnaflix.com
tnajobs@gmail.com

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc J. Randazza, Esq.
Randazza Legal Group
302 Washington St., Suite 321
San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By Y. BARAJAS, Deputy Clerk

DATE 9/21/2010

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11/15/10 |
| NAME OF SERVER Eric Gapp | TITLE Paralegal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Served via email pursuant to court order. See attached order.

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 11/15/10
Date

Signature of Server

3969 Fourth Ave, Suite 300, San Diego, CA 92103
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

1  Marc J. Randazza, Esq., SBN 269535
   Randazza Legal Group
2  302 Washington Street, Suite 321
   San Diego, CA 92103
3  (619) 866-5975
   (619) 866-5976 fax
4  mjr@randazza.com

5  Attorney for Plaintiff,
   Liberty Media Holdings, LLC
6

7

8
                    UNITED STATES DISTRICT COURT
9
          SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION
10

11 LIBERTY MEDIA HOLDINGS, LLC       )  Case No. 10-CV-1972-JAH-POR
                                     )
12        Plaintiff,                 )
                                     )     **FILED UNDER SEAL**
13     vs.                           )
                                     )  ORDER GRANTING PLAINTIFF'S
14 YOUNGTEK SOLUTIONS LTD. D/B/A/    )  MOTION FOR ORDER PERMITTING
   TNAFLIX.COM, "FRANK," DOE 1, DOE 2)  ALTERNATE SERVICE OF THE
15 and DOES 3-500                    )  SUMMONS AND COMPLAINT ON
                                     )  DEFENDANTS YOUNGTEK SOLUTIONS
16        Defendants                 )  LTD D/B/A TNAFLIX.COM AND "FRANK"
                                     )  TO BE FILED UNDER SEAL
17

18 1.   Good cause existing, it is hereby ORDERED that Plaintiff's Motion for Order Permitting

19 Alternate Service of the Summons and Complaint on Defendants Youngtek Solutions Ltd. d/b/a

20 Tnaflix.com and "Frank" is granted.

21 2.   Plaintiff Liberty Media Holdings is therefore permitted to serve the summons and

22 complaint in the above-captioned case via email on Defendants Youngtek Solutions, Ltd. d/b/a

23 Tnaflix.com and "Frank" via email at the following email addresses: admin@tnaflix.com,

24 dmca@tnaflix.com, and tnajobs@gmail.com.

25

26 Dated: ___11-9-10___                         _____
                                                Hon. John Houston
27                                              United States District Judge
28