UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YOUNGTEK SOLUTIONS LTD. D/B/A TNAFLIX.COM, *et al.*,<br><br>Defendants. | CASE NO. 10-CV-1972-JAH-(POR)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME** |

On December 9, 2010, Plaintiff Liberty Media Holdings, LLC and Defendant Youngtek Solutions, Ltd. filed a joint motion to extend time to respond to Plaintiff's complaint. (Doc. No. 10.) The Court, for good cause shown, grants the parties' motion and orders that Youngtek shall respond to Plaintiff's complaint on or before February 28, 2011.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
JOHN A. HOUSTON, District Judge
UNITED STATES DISTRICT COURT

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

10CV1972