Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
302 Washington Street, Suite 321
San Diego, CA 92103
(619) 866-5975
(619) 866-5976 fax
mjr@randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC



RECEIVED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LTD. D/B/A/ TNAFLIX.COM, "FRANK," DOE 1, DOE 2 and DOES 3-500<br><br>Defendants | Case No. 10-CV-1972-JAH-POR<br><br>**FILED UNDER SEAL**<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF MOTION TO SEAL PORTIONS OF THE FILE** |

1. I, Eric Gapp, declare under penalty of perjury as follows:

2. I am the in-house paralegal for Plaintiff Liberty Media Holdings.

3. The following is based upon personal knowledge and, if called upon, I could competently testify to the following facts.

4. On September 22, 2010, I emailed the Summons, Complaint, Exhibits, Notice of Commencement of Action and Request to Waive Service of Summons, and Waiver of Service of Summons forms to Defendants at the following email addresses: dmca@tnaflix.com, admin@tnaflix.com, and tnajobs@gmail.com. Additionally, these documents were sent via UPS delivery to the address listed on the Tnaflix.com whois information in Cyprus. Exhibit 3.

5. On September 23, 2010, I received an email from Tnaflix.com that acknowledged receipt of the Complaint and additional documents, wherein Defendant stated, "We have received your

1 | civil suit (10CV1972JAHPOR) filed on 21 September at 3:18 pm by Marc J. Randazza and will
2 | appoint shortly an American law-firm to assist us." See Exhibit 4.

Executed on October 21, 2010 in San Diego, California.

_____
Eric Gapp