Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 (fax)
mjr@randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LTD. D/B/A/ TNAFLIX.COM, "FRANK," DOE 1, DOE 2 and DOES 3-500<br><br>Defendants | Case No. 10-CV-1972-JAH-POR<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF MOTION FOR ISSUANCE OF LETTER ROGATORY** |

I, Marc. J. Randazza, swear under penalty of perjury:

1. I am the attorney for Liberty Media Holdings, LLC, in this action.
2. This action is brought for Direct Copyright Infringement.
3. It is material and necessary that Plaintiff have the testimony of the following named witnesses who resides in the Province of Ontario, Canada:
    i. Rogers Communications Inc., Attn: Legal Department 333 Bloor Street East, 7th Floor, Toronto, ON M4W 1G9, dana.drake@rci.rogers.com, 416-935-7627 (fax).
4. The above named witness is material and necessary to prove the cause of action for Direct Copyright Infringement stated in the pleadings for the following reasons:

      i. Rogers Communications Inc. is the only entity having knowledge of the personally identifiable information of Defendant Doe 1 a/k/a "GreatBoobies1985."

5. Plaintiff desires to examine the witness concerning the personally identifiable information of Doe 1 a/k/a "GreatBoobies1985" in order to properly litigate Plaintiff's claim of Direct Copyright Infringement with written questions attached to the motion for issuance of a letter rogatory.

6. The above named witness is unable to give their testimony in any manner whatsoever, unless they are compelled to do so by court order. The laws of Canada are such that the Canadian courts do not recognize a commission issued from this country to a commissioner designated therein and, under the laws of Canada, it will be impossible to enforce the attendance of the witness, or to compel them to testify, or to sign their testimony after it is given, unless letter rogatory is issued to some court of Canada.

Executed this 28th day of January 2011, in San Diego, California.

>s/ Marc Randazza
>Marc J. Randazza, Esq., SBN 269535
>Randazza Legal Group
>3969 Fourth Avenue, Suite 204
>San Diego, CA 92103
>888-667-1113
>305-437-7662 (fax)
>mjr@randazza.com