Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LTD. D/B/A/ TNAFLIX.COM, "FRANK," DOE 1, DOE 2 and DOES 3-500<br><br>Defendants | Case No. 10-CV-1972-JAH-POR<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned does certify that I filed the Declaration of Marc Randazza in Support of Plaintiff's Motion for Letters Rogatory using the Court's CM/ECF system on January 28, 2011, which sent notice to Defendant Youngtek Solutions' counsel of record. As Plaintiff is currently unable to identify the remaining Doe defendants, Plaintiff is unable to serve them.

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com