1  Marc J. Randazza, Esq., SBN 269535
   RANDAZZA LEGAL GROUP
2  3969 4th Avenue, Suite 204
3  San Diego, CA 92103
   (888) 667-1113
4   (305) 437-7662 fax
   mjr@randazza.com
5
   *Attorney for Plaintiff Liberty Media Holdings, LLC*
6
   Boston Law Group, LLP
7  VALENTIN GURVITS (BBO# 643572) (*Pro Hac Vice* to be Submitted)
8  EVAN FRAY-WITZER (BBO# 564349) (*Pro Hac Vice* to be Submitted)
9  825 Beacon Street
   Suite 20
10 Newton Centre, MA 02459
   Telephone: 617-928-1804
11 Facsimile: 617-928-1802

12 CROSS LAW GROUP
   OLEG CROSS (SB# 246680)
13 4370 La Jolla Village Dr., Suite 655
   San Diego, California  92122
14 Telephone:  (619) 623-2120
   Facsimile:  (619) 819-7346
15
   *Attorneys for Defendant Youngtek Solutions Ltd.
16 dba Tnaflix.com*

17                    UNITED STATES DISTRICT COURT

18                    SOUTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  LIBERTY MEDIA HOLDINGS, LLC, | CASE NO. 10-CV-1972-JHA-(POR) |
| 21           Plaintiff, | **JOINT MOTION FOR ORDER DISMISSING COMPLAINT WITH RESPECT TO YOUNGTEK SOLUTIONS LTD. D/B/A TNAFLIX.COM AND "FRANK" WITHOUT PREJUDICE** |
| 22      v. | |
| 23  YOUNGTEK SOLUTIONS LTD. D/B/A TNAFLIX.COM, *et al.*, | |
| 24           Defendants. | |

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

JOINT MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE
CASE NO. 10-CV-1972-JHA-(POR)

1
2     Plaintiff Liberty Media Holdings, LLC and Defendant Youngtek Solutions Ltd.
3  (collectively "the Parties") have reached a settlement of all claims including the pending
4  litigation between them.
5     Pursuant to the Parties' settlement agreement and Federal Rules of Civil Procedure 41(a),
6  the Parties hereby stipulate to the dismissal without prejudice of the Complaint in this action,
   Case No. 10-CV-1972-JHA-(POR), as follows:
7     1.   The Complaint including all claims therein pending against Youngtek Solutions
8  Ltd., d/b/a Tnaflix.com and "Frank" in the above-captioned action, Case No. 10-CV-1972-JHA-
9  (POR), shall be dismissed without prejudice as to these defendants only;
10    2.   Each of the Parties will bear her/its own attorneys' fees, costs, and other expenses
11 incurred in the above-captioned action.
12    3.   The case shall continue with respect to the other Defendants in the action.
13
14    Respectfully submitted,
15 Dated: February 3, 2011                    Marc J. Randazza, Esq., SBN 269535
16                                            RANDAZZA LEGAL GROUP
17
                                              /s/ Marc J. Randazza
18                                            3969 4th Avenue, Suite 204
                                              San Diego, CA 92103
19                                            (888) 667-1113
                                              (305) 437-7662 fax
20                                            mjr@randazza.com
21    February 3, 2011                        *Attorneys for Plaintiff Liberty Media Holdings, LLC*
22                                            CROSS LAW GROUP
                                              OLEG CROSS ( SB# 246680)
23
24                                            /s/ Oleg Cross
                                              OLEG CROSS (SB # 246680)
25                                            4370 La Jolla Village Dr., Suite 655
                                              San Diego, California 92122
26                                            Telephone: (619) 623-2120
                                              Facsimile: (619) 819-7346
27                                            *Attorneys for Defendant Youngtek Solutions Ltd.*
28                                            *dba Tnaflix.com*

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

2

JOINT MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE
CASE NO. 10-CV-1972-JHA-(POR)

**CERTIFICATE OF SERVICE**

The undersigned does certify that the foregoing document was filed using the Court's CM/ECF system on February 3, 2011, which sent notice to Defendant Youngtek Solutions' counsel of record. As Plaintiff is currently unable to identify the remaining Doe defendants, Plaintiff is unable to serve them.

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

CROSS LAW GROUP
TRIAL COUNSEL
SAN DIEGO

3

JOINT MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE
CASE NO. 10-CV-1972-JHA-(POR)