UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YOUNGTEK SOLUTIONS, LTD, doing business as TNAFLIX.COM, FRANK, DOES 1, 2, and 3-500,<br><br>　　　　　　　　　　Defendants. | Civil No.　10cv1972-JAH (POR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>**[Doc. 17]** |

　　　On January 28, 2011, Plaintiff filed a Motion for Issuance of Letters Rogatory. (Doc. 17.) On February 1, 2011, Plaintiff received additional information relating to I.P. addresses used by Doe 1 and, therefore, filed an Amended Motion for Issuance of Letters Rogatory. (Doc. 21.) In light of Plaintiff's Amended Motion, the Court hereby DENIES Plaintiff's initial motion as moot. The Court will issue a separate order addressing Plaintiff's amended motion.

　　　**IT IS SO ORDERED.**

DATED:  February 11, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　The Honorable John A. Houston
　　　　All parties