Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>YOUNGTEK SOLUTIONS LTD. D/B/A/ TNAFLIX.COM, "FRANK," DOE 1, DOE 2 and DOES 3-500<br><br>Defendants | Case No. 10-CV-1972-JAH-POR<br><br>**DECLARATION OF ERIC GAPP IN SUPPORT OF THIRD MOTION FOR EARLY DISCOVERY**<br><br>**Submitted on Emergency Basis** |

I, Eric Gapp, declare under penalty of perjury that:

1. I am the Vice President of Intellectual Property for Plaintiff Liberty Media Holdings (Liberty).

2. In this position, I often oversee a number of cases, and work as a paralegal in conjunction with our counsel on intellectual property cases, including the present action

3. As such, I am familiar with this action, and the following statements are made based upon personal knowledge of the facts.

4. On January 26, 2011, I became aware of the fact that Doe 2 in the present action used the IP address 24.227.222.28 in order to upload the Liberty's videos to the tnaflix.com website. I became aware of this because Tnaflix provided this information to our attorney. Exhibit 1 in support of Motion submitted herewith.

5. My research confirmed that this IP address corresponds to a Time Warner subscriber.

6. A subpoena and the Court's Order Granting Early Discovery (ECF 25) were served via fax on March 4, 2011. These documents were also served via UPS on March 7, 2011 to Time Warner at the address provided on their website (www.timewarnercable.com/subpoenacompliance).

7. The date for Time Warner's compliance with the subpoena was April 6, 2011.

8. As no response had been received, on April 7, 2011, I sent an email to the email address listed on their website, www.timewarnercable.com/subpoenacompliance, for inquiries, subpoenainquiry@twcable.com, inquiring as to the status of their response. See Exhibit 8 to the Motion submitted herewith.

9. On April 7, 2011, Plaintiff's attorney informed me that he had received a voicemail from Shawn at Time Warner about my letter.

10. I attempted to call him back at the number provided in his voicemail, 703-345-2656, however only reached the voicemail of Shawn Harris.

11. Upon speaking with Mr. Harris on April 8, 2011, I learned Time Warner needed the time zone in order to complete its research and respond to the subpoena. He requested that the information be provided via fax, as a verbal communication of the time zone was not sufficient for Time Warner's compliance.

12. Pursuant to Mr. Harris' instructions, a letter was faxed indicating that the requested times were in GMT format. This fax was sent on April 8, 2011. See Exhibit 5 to Motion.

13. On April 11, 2011, I phoned Mr. Harris at Time Warner to ensure that the fax had been received and make sure that Time Warner did not require anything else for compliance.

14. Mr. Harris stated that he had not received the fax and requested that it be faxed again.

15. The letter was faxed again on April 11, 2011. Exhibit 6 to Motion.

16. I again phoned Mr. Harris, who confirmed receipt of the fax and stated that the information had been forwarded to the analyst handling the subpoena response, and a response would be sent out within a few days.

17. On April 12, 2011, Liberty's attorney received correspondence from Alexander Maltas, attorney for Time Warner, indicating that the subpoena served by fax and UPS courier had not been received, and that these were not proper methods for service.

18. On April 12, 2011, I telephoned the Time Warner Subpoena Compliance Department and spoke with a "Tammi" who stated that UPS delivery was an acceptable method of delivery.

Signed in San Diego, California on May 11, 2011

*Eric Gapp*

## CERTIFICATE OF SERVICE

The undersigned does certify that I filed the foregoing document using the Court's CM/ECF system on May 11, 2011. Plaintiff is unable to identify the remaining defendants and thus unable to serve them.

s/ Marc Randazza
Marc J. Randazza, Esq., SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com