*Liberty Media Holdings v. Youngtek Solutions d/b/a Tnaflix.com, et al.*
S.D. Cal. Case No. 10-CV-1972-JAH-POR

**Exhibit List**

Exhibit 1………………..Discovery response from Tnaflix

Exhibit 2………………..American Registry for Internet Numbers Database verification that Time Warner is the ISP

Exhibit 3……………….Subpoena to Time Warner

Exhibit 4……………….Email to Time Warner re: Status Inquiry for Subpoena Response

Exhibit 5……………….April 8, 2011 Fax to Time Warner re: Time Zone

Exhibit 6……………….April 11, 2011 re-fax of April 8, 2011 letter to Time Warner

Exhibit 7………………Letter from Alexander Maltas re: subpoena not valid

Exhibit 8………………Subpoena response from Time Warner re: IP assigned to Korcett

Exhibit 9……………….Email to Korcett re: IP address info preservation request

Exhibit 10……………..Subpoena to Google re: [tyler8901@gmail.com](mailto:tyler8901@gmail.com)

Exhibit 11……………Google's subpoena response

Exhibit 12……………IP address information from Google's response

Exhibit 13……………Justin.tv profile